AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) |
| Thomas R. Rodella | ) Case No.   CR 14-2783 JB |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Thomas R. Rodella**, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1:   18 U.S.C. § 241: Conspiracy Against Free Exercise of Civil Rights;

Count 2:   18 U.S.C. § 242: Deprivation of Rights and 18 U.S.C. § 2 Aiding and Abetting;

Count 3:   18 U.S.C. § 924(c)(1)(A)(ii): Brandishing a Firearm;

Counts 4 and 5:   18 U.S.C. § 1519: Falsification of Documents.

Date:   8/12/2014

*Issuing officer's signature*

City and state:   Albuquerque, New Mexico

Matthew J. Dykman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*