# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | | |
|---|---|---|
| United States of America<br>v.<br>Thomas R. Rodella, Jr.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.   CR 14-2783 JB |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Thomas R. Rodella, Jr     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   G Superseding Indictment   G Information   G Superseding Information   G Complaint

G Probation Violation Petition   G Supervised Release Violation Petition   G Violation Notice   G Order of the Court

This offense is briefly described as follows:

Count 1:   18 U.S.C. § 241: Conspiracy Against Free Exercise of Civil Rights;

Count 2:   18 U.S.C. § 242: Deprivation of Rights and 18 U.S.C. § 2 Aiding and Abetting;

Count 3:   18 U.S.C. § 924(c)(1)(A)(ii): Brandishing a Firearm;

Counts 4 and 5:   18 U.S.C. § 1519: Falsification of Documents.

Date:   8/12/2014

*Issuing officer=s signature*

City and state:   Albuquerque, New Mexico

Matthew J. Dykman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer=s signature*

*Printed name and title*