# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Judge Garcia

United States Magistrate Judge

| Clerk's Minutes | Arraignment |
|---|---|

| | | | |
|---|---|---|---|
| Date: | 8/15/2014 | Case Number: | 14-2783 JB |
| Case Title: USA v. | Thomas Rodella, Jr. | Liberty: | Pecos @ 9:56 am |
| Courtroom Clerk: | K. Dapson | Total Time: | 8 Minutes |
| Probation/Pretrial: | S. Avila-Toledo | Interpreter: | |

ATTORNEYS PRESENT:

| Plaintiff: | Tara Neda | Defendant: | Robert Gorence |
|---|---|---|---|

PROCEEDINGS:

- ☒ First Appearance of Defendant
- ☒ Defendant received a copy of the Indictment
- ☒ Defendant questioned re: time to consult with attorney regarding the penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant is ready to enter a plea
- ☒ Defendant enters a plea of NOT GUILTY to all counts
- ☒ Meet and Confer: 8/25/2014
- ☒ Motions due by: 9/4/2014
- ☒ Discovery Order electronically filed
- ☒ Case assigned to: Judge Browning
- ☒ Trial set on trailing docket: TO BE NOTIFIED
- ☒ Defendant remanded to custody of USMS
- ☐ Defendant released:
- ☒ Other: Deft consents to Mr. Gorence representing him for todays hearing; Detention hearing set for 8/15/14 at 2:00 pm