# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | Case No.: 14-CR-2783 JB |
| ) | |
| THOMAS R. RODELLA and  ) | |
| THOMAS R. RODELLA, JR.  ) | |
| ) | |
| Defendant.  ) | |

## ENTRY OF APPEARANCE

COMES NOW Robert J. Gorence of Gorence & Oliveros, P.C., and hereby enters his appearance in the above-styled cause on behalf of the Defendant, Thomas R. Rodella.

Respectfully submitted,

/s/ Robert J. Gorence
Robert J. Gorence
Gorence & Oliveros, P.C.
1305 Tijeras Avenue, NW
Albuquerque, NM 87102
Email:  gorence@golaw.us
Phone:  (505)  244-0214
Fax:  (505) 244-0888

I hereby certify that a true and accurate copy of the foregoing pleading was emailed to counsel of record by CM/ECF this 15th day of August, 2014.

/s/ Robert J. Gorence
Robert J. Gorence