IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
At Albuquerque NM

AUG 1 5 2014 🖉

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR No. _14-2783 JB_ |
| | ) | |
| vs. | ) | |
| _Thomas J. Rodella, Jr_ | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION HEARING AND CONTINUANCE

Pursuant to 18 U.S.C. § 3142(e) and (f), the United States moves the Court to conduct a

detention hearing and thereafter order that defendant be detained prior to trial. As grounds for

this motion, the United States asserts that the defendant is a flight risk and/or a danger to the

community. Pursuant to 18 U.S.C. § 3142(f), the United States requests that the Court continue

the detention hearing to a date that is no more than three days following the initial appearance,

unless the Court finds good cause for further continuance.

Respectfully submitted,

DAMON P. MARTINEZ
Acting United States Attorney

_[signature]_ for

KIMBERLY A. BRAWLEY
Supervisory Assistant U S Attorney
Post Office Box 607
Albuquerque, NM 87103
(505) 346-7274