# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable

United States Magistrate Judge

Clerk's Minutes – Detention

| Date: | 8/15/2014 | Case Number: | 14-CR-2783 JB | |
|---|---|---|---|---|
| Case Title: USA v. | Thomas Rodella, Sr and Thomas Rodella, Jr. | Liberty: | Pecos @ | 2:08 pm |
| Courtroom Clerk: | K. Dapson | Total Time: | 55 Minutes | |
| Probation/Pretrial: | A. Selph & A. Galaz | Interpreter: | | |

ATTORNEYS PRESENT:

| Plaintiff: | Tara Neda | Defendant: | Robert Gorence and Jason Bowles |
|---|---|---|---|

PROCEEDINGS:

☐ Defendant waives Preliminary hearing

☐ Court finds probable cause

☐ Defendant waives detention hearing

☐ Defendant remanded to custody of USMS

☒ Defendants released: released with conditions;

☒ Other: Gorence – proffer disqualification of NM USA office; Court – will preserve this right to bring up this motion in the proper venue; USA – proffer release conditions for Jr. ; Court – findings re: Jr.;  USA – proffer conditions for Sr.; Gorence – proffer (Exh 1 admitted); Court – findings re: Sr.