UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

14 AUG 15 AM 9:04

CLERK-ALBUQUERQUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 14-2783 |
| vs. | ) |
| THOMAS R. RODELLA and THOMAS R. RODELLA, JR, | ) |
| Defendants. | ) |

### EX PARTE MOTION TO UNSEAL INDICTMENT

The United States of America moves this Court for an order unsealing the indictment and any arrest warrants issued pursuant to that indictment in this matter for the following reasons:

1. On August 12, 2014, a grand jury in this district returned an indictment against the above named defendants. Arrest warrants were also sealed because the matter related to an ongoing investigation of a sort, which made sealing proper.

2. The investigation has now been completed and both defendants have been arrested.

3. There is, therefore, no further need for the above-referenced indictment to remain sealed.

WHEREFORE, the United States requests that this Court unseal the indictment and all arrest warrants issued thereon.

Respectfully submitted,

DAMON P. MARTINZ
United States Attorney

*/s/ Tara C. Neda*

TARA C. NEDA
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274