UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

14 AUG 15 AM 9:04

CLERK-ALBUQUERQUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 14-2783 JB |
| vs. | ) |
| THOMAS R. RODELLA and THOMAS R. RODELLA, JR, | ) |
| Defendants. | ) |

## EX PARTE ORDER UNSEALING INDICTMENT AND ALL ARREST WARRANTS ISSUED ON THAT INDICTMENT

THIS MATTER having come before the Court upon the written motion of the United States, and the Court having reviewed said motion and being otherwise fully advised, finds:

That on August 12, 2014, a federal grand jury sitting in the District of New Mexico returned a sealed indictment charging two defendants, and arrest warrants were issued pursuant thereto; and

That the United States requested that this indictment and all arrest warrants issued be sealed until the United States could locate and arrest those defendants; and

That the execution of both arrest warrants having now occurred;

IT IS THEREFORE ORDERED that the above indictment and all arrest warrants issued pursuant to that indictment shall be and are unsealed.

_____
KAREN B. MOLZEN
CHIEF UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

TARA C. NEDA
Assistant United States Attorney