UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 14-2783 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **THOMAS R. RODELLA** and | ) | |
| **THOMAS R. RODELLA, JR**, | ) | |
| | ) | |
| Defendants. | ) | |

### UNITED STATES' NON-OPPOSITION TO DEFENDANTS' MOTION FOR SPEEDY TRIAL (DOC. 19) AND PROPOSED SCHEDULING ORDER

The United States' position regarding Defendants' Motion for Speedy Trial was not sought pursuant to Rule 47.1 of the Local Rules of Criminal Procedure. The United States, however, states that it does not oppose the motion and urges the Court to adhere to the trial date of September 15, 2014. A speedy trial will permit the victim, M.T., in this matter to put the entire incident behind him more quickly. To facilitate the Court's speedy setting of this trial, the United States submits the following proposed schedule before the status conference of August 25, 2014 to permit the parties an opportunity to review and comment:

### PROPOSED SCHEDULING ORDER

August 27, 2014:   Deadline to disclose experts including summaries of testimony under Rule 16(a)(1)(G) for United States and Rule 16(b)(1)(C) for Defendants.

August 29, 2014:   File Notices under Rule 404(b) and Disclose Jencks Act statements.

September 3, 2014:   Deadline for filing motions, including motions *in limine*.

September 8, 2014:   File contested proposed voir dire questions.
File joint proposed voir dire questions.
File contested proposed jury instructions.

|  | File joint proposed jury instructions. |
|---|---|
| September 10, 2014: | File responses to the motions. |
| September 10, 2011: | Exchange proposed exhibits.<br>File exhibits and case-in-chief witness lists. |
| September 12, 2014: | File final exhibit lists noting stipulations on admissibility of exhibits.<br>Provide marked exhibits to the Court and opposing party. |
| September 12, 2014: | Pretrial conference. |
| September 15, 2014: | Jury Selection and trial. |

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*/s/ Filed Electronically*
TARA C. NEDA
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I HEREBY CERTIFY that on August 20, 2014, I
filed the foregoing electronically through the
CM/ECF system, which caused the below counsel
of record to be served by electronic means, as more
fully reflected on the Notice of Electronic Filing.

Robert J. Gorence, Attorney for Thomas R. Rodella
Jason Bowles, Attorney for Thomas R. Rodella, Jr.

*/s/ Filed Electronically*
Tara C. Neda, Assistant U.S. Attorney