IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 14-CR-2783 JB |
| ) | |
| THOMAS R. RODELLA and ) | |
| THOMAS R. RODELLA, JR. ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

COMES NOW Louren Oliveros of Gorence & Oliveros, P.C., and hereby enters her appearance in the above-styled cause on behalf of the Defendant, Thomas R. Rodella.

Respectfully submitted,

/s/ *Louren Oliveros*
Robert J. Gorence
Louren Oliveros
Gorence & Oliveros, P.C.
1305 Tijeras Avenue, NW
Albuquerque, NM 87102
Email: gorence@golaw.us
Phone: (505) 244-0214
Fax: (505) 244-0888

I hereby certify that a true and accurate copy of the foregoing pleading was emailed to counsel of record by CM/ECF this 21st day of August, 2014.

/s/ *Louren Oliveros*
Louren Oliveros