IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cr. No. 14 - 2783 JB |
| | ) | |
| **THOMAS R. RODELLA** and | ) | |
| **THOMAS R. RODELLA, JR.,** | ), | |
| | ) | |
| | ) | |
| Defendant. | ) | |

ENTRY OF APPEARANCE

The United States of America notifies the Court that Jeremy Pẽna hereby enters his appearance as co-counsel on behalf of the United States.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*Electronically filed 08/22/2014*

_____
Jeremy Pẽna
Assistant U.S. Attorney
Post Office Box 607
Albuquerque, NM 87103

I HEREBY CERTIFY that on the 22nd
day of August, 2014, I filed the foregoing
pleading electronically through the
CM/ECF system, which caused counsel
of record for defendant to be served
by electronic means.

*/s/*_____
Jeremy Pẽna
Assistant U.S. Attorney