IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
vs. ) Case No.: 14-CR-2783-JB
)
THOMAS R. RODELLA and )
THOMAS R. RODELLA, JR. )
)
        Defendant. )

## ORDER GRANTING DEFENDANTS' JOINT MOTION FOR CONTINUANCE OF THE TRIAL SETTING OF SEPTEMBER 15, 2014

THIS MATTER having come before the Court on Defendants' Joint Motion for Continuance of the Trial Setting of September 15, 2014 [Doc. 27], the Court having considered the motion, and the grounds therefore, and being otherwise sufficiently advised in the premises, FINDS that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the `jury_trial` currently scheduled for September 15, 2014, is hereby vacated and reset to Monday, September 22, 2014.

IT IS SO ORDERED.

_____
THE HONORABLE JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE

[Handwritten annotation by Judge: After weighing the best interests of the public and of the Dfts with the ends of justice, the Court finds that granting the continuance will strike a proper balance between the ends of justice & the best interests of the public and of the Dfts & the reasons stated in the motion request a continuance, filed Aug. 26, 2014 (Doc. 27). Specifically, the Dfts' need to file motions and identify experts, and have the motions heard, outweighs the Dfts' & the public's interests in a speedy trial. See 18 U.S.C. § 3161(h)(7). The Ct will set the trial for Sept. 22, 2014. The 7-day continuance is sufficient, will be no greater than necessary, & will allow the Dfts to complete the tasks set out in the motion to continue. 8/26/14]