**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CR 14-2783 JB |
| | ) | |
| THOMAS R. RODELLA and | ) | |
| THOMAS R. RODELLA, JR, | ) | |
| | ) | |
| Defendants. | ) | |

## PROPOSED SCHEDULING ORDER

August 25, 2014 :   Discovery due from United States except for Rule 404(b) and disclosure of *Jencks* Act statements;

August 27, 2014:   Deadline for United States to disclose experts including summaries of testimony under Rule 16(a)(1)(G) ;

August 29, 2014:   United States to file notices under Rule 404(b) and disclose *Jencks* Act statements;

September 4, 2014:   Deadline for Defendants to file substantive motions;

September 8, 2014:   Deadline for Defendants to disclose experts including summaries of testimony under Rule 16(b)(1)(C);
United States and Defendants file proposed voir dire questions; objections due before 9/15/14;
United States provide proposed jury instructions to Defendants;

September 9, 2014:   Deadline to file motions *in limine*;

September 10, 2014:   Defendants to file *Daubert* motion(s);
Joint and contested jury instructions due; objections to jury instructions due before 9/15/14;
Exchange proposed exhibits;
File case-in-chief exhibit and witness lists'

September 12, 2014:  Responses to motions in limine due;
United States to respond to Defendants' substantive and *Daubert* motions;
File final exhibit lists noting stipulations on admissibility of exhibits;
Provide marked exhibits to the Court and opposing party;

September 15, 2014:  Defendants' response to United States' *Daubert* motion(s) due;

September 15, 2014 at 1:30 p.m.:   Motion Hearing/Pretrial Conference

September 16, 2014 at 9:00 a.m.:   *Daubert* Hearing

September 22, 2014 at 9:00 a.m.:    Jury Selection and Jury Trial.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE