IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No. 14-2783 JB |
| | ) | |
| **TOMMY RODELLA** and | ) | |
| **TOMMY RODELLA, JR.** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF UNAVAILABILITY

Undersigned counsel hereby notifies the Court and the parties that he will not be available October 9 through October 22, 2014. Undersigned counsel respectfully requests that, if possible, any court proceedings be scheduled outside of this time period.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*/s/ Electronically Filed August 27, 2014*
JEREMY PEÑA
Assistant United States Attorney

I HEREBY CERTIFY that on August 27, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the below counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Robert Gorence, attorney for Tommy Rodella, Sr.
Jason Bowles, attorney for Tommy Rodella, Jr.

*/s/ Filed Electronically*
Jeremy Peña, Assistant U.S. Attorney