IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 14-CR-2783 JB |
| | ) | |
| THOMAS R. RODELLA, and | ) | |
| THOMAS R. RODELLA, JR., | ) | |
| | ) | |
| Defendants. | ) | |

**THOMAS R. RODELLA, JR.,'S AMENDED RESPONSE
TO MOTION TO DISMISS DOC. 30**

The Defendant Tommy Rodella, Jr., by his attorney, Jason Bowles of the Bowles Law Firm, hereby responds to the Government's Motion to Dismiss as follows:

1. Mr. Rodella agrees with the Government's motion to dismiss that, had the grand jury been appropriately and lawfully informed of all relevant facts it would not have returned an indictment against him. Mr. Rodella entered a not guilty plea at the time of his arraignment because he was factually innocent of the charges against him.

2. Mr. Rodella, Jr., insists that, pursuant to Fed. R. Crim. P. 48(a), that the dismissal *must* be with prejudice. Mr. Rodella, Jr., should not be forced to endure another prosecution if the government at some point in time was to change its position and seek to reinstitute charges against Mr. Rodella, Jr.

3. In addition Mr. Rodella Jr. objects to the proposed order submitted by the government. Mr. Rodella Jr. requests that this Court enter an Order of dismissal with

prejudice but not incorporating factual findings of what the grand jury may or may not have found as requested in the government's proposed order.

                                                    Respectfully submitted,

                                                    /s/ Jason Bowles
Jason Bowles
Bowles Law Firm
PO Box 25186
Albuquerque, NM 87125-5186
Phone: 505-217-2680
Email: jason@Bowles-Lawfirm.com

I hereby certify that a true and correct copy of the foregoing was electronically submitted this 27th day of August, 2014 to:

Tara Neda

Robert Gorence

/s/ Jason Bowles
Jason Bowles
Bowles Law Firm