IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) CRIMINAL NO. 14-2783 JB<br>) |
| vs. | )<br>) |
| THOMAS R. RODELLA and<br>THOMAS R. RODELLA, JR, | )<br>)<br>) |
| Defendants. | ) |

## STIPULATED ORDER DISMISSING ALL COUNTS OF THE INDICTMENT AS TO DEFENDANT THOMAS RODELLA, JR. ONLY

THIS MATTER IS BEFORE THE COURT on the United States' Motion to Dismiss All Counts of the Indictment as to Defendant Thomas Rodella, Jr. Only, filed August 27, 2014 (Doc. 30), and the Court having reviewed said Motion and being otherwise fully advised, finds that good cause has been shown, and orders that Counts 1, 2 and 5 of the Indictment should be and hereby are dismissed with prejudice in the interest of justice.

Defendant Rodella, Jr., through his counsel, does not oppose this motion.

WHEREFORE, for the reasons stated above, the United States Motion to Dismiss All Counts of the Indictment as to Defendant Thomas Rodella, Jr. Only (Doc. 30) is well taken and shall be GRANTED.

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE

Mr. Florence has no opposition to the motion.

9/5/14