# Harvey Stanford Sanders, M.D.
## Curriculum Vitae

**Date and Place of Birth:**
February 13, 1941, Conway, Arkansas

**Secondary School Education:**
Hot Springs High School, Hot Springs, Arkansas
Graduated May 1959

**College Education:**
Memphis College, 1963
Major in Biology and English

**Medical School:**
Tennessee School of Health Sciences
Graduated June 1967
Degree Doctor of Medicine

**Employment:**
U.S. Army Medical Corps under Berry Plan II
concurrent while in medical school
Honorably discharged in 1978

Private Practice – Plastic and Reconstructive Surgery 1974-2001
Had privileges at St. Thomas Hospital, Baptist Memorial Hospital and all HCA Hospitals in the Nashville Metro Area

**Residency:**
The Ochsner Clinic and Foundation, New Orleans, LA
General surgical internship and general surgical residency
1967-1972

University of Chicago, Pritzker School of Medicine, Chicago, IL
Plastic surgical residency, first year, 1972-1973

Vanderbilt University, Nashville, TN
Chief Resident of Plastic Surgery, 1973-1974

**Licenses and Certifications:**
Physician, State of Tennessee License # 0000005911
Board Certified in Surgery
Board Certified in Plastic Surgery



EXHIBIT A

<u>Professional Memberships and Committees:</u>
    American Medical Association
    Tennessee Medical Association
    The Nashville Academy of Medicine
    American Society of Plastic and Reconstructive Surgery
    University of Chicago Surgical Society
    The Alton Ochsner Alumni Association