UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 14-2783 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **THOMAS R. RODELLA**, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' PROPOSED EXHIBIT LIST

The United States submits a list of exhibits it has marked for possible admission or merely reference during its case-in-chief:

1. Map of SR 399, CR 126 (La Mesilla area)
2. Dispatch log, March 11, 2014 – RASO
3. Dispatch log, March 11, 2014 - Santa Clara Tribal PD
4. Supplemental Report prepared by Defendant Rodella
5. Supplemental Report prepared by Defendant Rodella, Jr.
6. Incident Report, ORI No. 38-103
7. Criminal Complaint and Statement of Probable Cause m-43FK-2014-102 (JM)
8. Supplement Report prepared by Vince Crespin
9. Supplemental Report prepared by Randy Sanches
10. Timeline of calls/events
11. Rio Arriba County Detention Center Inmate Screening
12. Rio Arriba County Detention Center Release Report
13. Verizon cell phone records
14. RASO Policies and Procedures
15. DPS training materials
16. Silver Smith and Wesson .38 caliber revolver

17. Comparison photographs of victim - DMV and detention facility

18. Victim's motor vehicle registration and driver's license information

19. FBI photographs of victim's car

                                                Respectfully submitted,

                                                DAMON P. MARTINEZ
                                                United States Attorney

                                                */s/ Filed Electronically*
                                                TARA C. NEDA
                                                JEREMY PEÑA
                                                Assistant United States Attorneys
                                                P.O. Box 607
                                                Albuquerque, New Mexico 87103
                                                (505) 346-7274

I HEREBY CERTIFY that on September 10, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the below counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Robert J. Gorence and Louren Oliveros
Attorneys for Thomas R. Rodella

*/s/ Filed Electronically*
Jeremy Peña, Assistant U.S. Attorney