UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 14-2783 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **THOMAS R. RODELLA**, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' PROPOSED WITNESS LIST

The United States submits its Proposed Witness List for its case-in-chief:

1. Gilbert Atencio, RASO
2. Tomas Campos, Rio Arriba County
3. Vince Crespin, RASO
4. Brian Coss, DOC
5. Gabriel Gonzales, RASO
6. Karen Greene, FBI
7. Lisa Gonzales
8. Andy Gutierrez, RASO
9. Elliott Guttmann, DPS
10. Jack Howard, FBI
11. Jacob Ledesma
12. Yvette Maes
13. Anthony Martinez, Rio Arriba County Detention Center
14. Manny Overby, DPS
15. Veronica Quintana, RASO Dispatch
16. Randy Sanches, RASO

17. Faron Segotta

18. Orlando Sanchez, NMSP

19. Tiffany L. Smith, FBI

20. David Smoak

21. Michael Tafoya

22. Mark Thompson

23. David Trujillo, Rio Arriba County

24. Freddie Turrieta, Santa Clara Tribal Police

25. Matt Vigil, RASO

The United States reserves the right to call custodians of records as necessary, to call any witness named by the defense, and to amend its witness list before trial.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*/s/ Filed Electronically*
TARA C. NEDA
JEREMY PEÑA
Assistant United States Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I HEREBY CERTIFY that on September 10, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the below counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Robert J. Gorence and Louren Oliveros
Attorneys for Thomas R. Rodella

*/s/ Filed Electronically*
Jeremy Peña, Assistant U.S. Attorney