**IN THE DISTRICT COURT OF THE UNITED STATES**

**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 14-CR-2783 JB |
| ) | |
| THOMAS R. RODELLA, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT THOMAS R. RODELLA'S TRIAL WITNESS LIST

The Defendant, Thomas R. Rodella, by and through his attorneys, Robert J. Gorence and Louren Oliveros of Gorence & Oliveros, P.C., hereby submits the following list of possible witnesses that may be called to testify at the trial in this matter:

1. Thomas R. Rodella, Jr.
2. Vince Crespin
3. Mark Thompson
4. Randy Sanchez
5. Freddie Turrieta
6. Jake Arnold
7. U.S. Attorney Damon P. Martinez
8. Orlando Sanchez
9. Kenneth Olsen
10. Debbie Rodella
11. Former County Commissioner Felipe Martinez
12. Gail LNU

1

13. Dennis O'Brien

14. Harvey Stanford Sanders, M.D.

15. Any witness identified by the United States.

16. Any witness necessary for impeachment.

17. Any witness necessary for rebuttal

18. Any witness revealed through discovery.

19. Any witness necessary for authentication of documents or things.

Respectfully submitted,

*/s/ Robert J. Gorence*_____
Robert J. Gorence
Louren Oliveros
**Gorence & Oliveros, P.C.**
1305 Tijeras Avenue NW
Albuquerque, NM 87102
(505) 244-0214
(505) 244-0888 (fax)
Email: gorence@golaw.us
Email: oliveros@golaw.us

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing pleading was emailed to counsel of record by CM/ECF this 10th day of September, 2014.

/s/ *Robert J. Gorence*
Robert J. Gorence