## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 14-CR-2783 JB |
| | ) | |
| THOMAS R. RODELLA and | ) | |
| THOMAS R. RODELLA, JR. | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT THOMAS R. RODELLA'S EXHIBIT LIST

The Defendant, Thomas R. Rodella, by his attorneys, Robert J. Gorence and Louren

Oliveros of Gorence & Oliveros, P.C., respectfully submits the following list of exhibits which

may be used at trial on behalf of the Defendant:

A. Rio Arriba Sheriff's reports pertaining to the 3/11/2014 arrest of Mr. Tafoya.

B. All photographs taken by the Rio Arriba County Sheriff's Office pertaining to the scene where Mr. Tafoya was arrested.

C. State police reports authored by Officer Sanchez regarding his investigation of the 3/11/2014 incident.

D. All Rio Arriba County Detention Center documents pertaining to Mr. Tafoya, including the booking photograph, intake and release documents.

E. Google map of Route 399.

F. Tommy Rodella, Jr.'s Indictment and Motion and Order of Dismissal.

G. Phone records of Mr. Rodella, Mark Thompson, Officer Vince Crespin and Jake Arnold.

H. Rio Arriba County CADS for 3/11/2014.

I. Mr. Tafoya's Facebook pages.

J. Secretary of State website documents pertaining to Mr. Rodella's filing for position of sheriff on 3/11/2014.

1.   Any exhibit identified by the Defendants

2.   Any document or things necessary for rebuttal

3.   Any document or things necessary for impeachment.

Respectfully submitted,

GORENCE & OLIVEROS, P.C.

 /s/ Robert J. Gorence_____
Robert J. Gorence
Louren Oliveros
1305 Tijeras Avenue NW
Albuquerque, NM  87102
Telephone:  (505) 244-0214
Facsimile:   (505) 244-0888
E-Mail: gorence@golaw.us
E-Mail: oliveros@golaw.us

*Attorneys for Defendant Thomas R. Rodella*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been emailed by CM/ECF to all counsel of record on this 10th day of September, 2014.

*/s/ Robert J. Gorence_____*
Robert J. Gorence