# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CLERK'S MINUTES

**BEFORE DISTRICT JUDGE JAMES O. BROWNING**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 14-2783 JB | **DATE:** | September 11, 2014 |
| **CASE CAPTION:** | *USA v. Rodella* | | |
| **CRD:** | K. Wild | **COURT REPORTER:** | J. Bean |
| **COURT IN SESSION:** | 11:00 a.m. | **COURT IN RECESS:** | 11:27 a.m. = :27 |

**TYPE OF PROCEEDING:** Motion Hearing (see below)

**COURT'S RULING/DISPOSITION:**
1. Request for Jury to be Drawn From Northern New Mexico Jury Panel [39] – **INCLINED TO DENY**
2. Motion to Deny Request [47] – **INCLINED TO GRANT**

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:** Court

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**

Jeremy Pena, AUSA

**ATTORNEYS PRESENT FOR DEFENDANT(S):**

Robert Gorence/Louren Oliveros (Retained)

## PROCEEDINGS

**COURT IN SESSION:** 11:00 a.m.

**COURT:** Calls case. Counsel enter appearances. Defendant present (not in custody).

**Court:** Have researched issue and believe if there is no consent to draw the jury pool from another division, then will have to deny Defendant's request.

**11:09 a.m. Mr. Gorence:** Argues in support of request. Have no problem with split of northern and central jury pools – or even statewide.

**11:15 a.m. Mr. Pena:** Argues in response in opposition to request and in support of Govt.'s motion – persists in opposition and will not consent.

**11:17 a.m. Mr. Gorence:** Argues in response to Govt.'s motion and in reply in further support of request.

**Court:** Inclined to deny request and grant motion. Unless counsel hear otherwise from Court, will request jury division pull jury panel from central jury pool; also, will plan to target 46-48 prospective

jurors.   Anything further?

**Mr. Pena:**   Requests defense provide last name for "Gail LNU" listed on witness list.

**Mr. Gorence:**   If knew last name would have included, when know the last name will be disclosed, as well as her address.   Asks when VDQ's will be available?

**Court:**   Monday (9/15).

**Mr. Gorence:**   Need to finish up with *Daubert* hearing on 9/16 by 4:00 p.m. in order to catch flight to Missouri that evening.

**Mr. Pena:**   Not a problem.

**Court:**   Will plan to be done by 4:00 p.m.

**Mr. Pena:**   Nothing further today as to witness issue.

**Court in recess:   11:27 a.m.**