IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL NO. 14-2783 JB |
| vs. | ) | |
| **THOMAS R. RODELLA**, | ) | |
| Defendant. | ) | |

## UNITED STATES' OBJECTION TO DEFENDANT RODELLA'S AMENDED WITNESS LIST (Doc. 65)

The United States objects to Defendant's Amended Witness List (Doc. 65) for the following reasons:

1. This Court ordered both parties to file their witness lists on September 10, 2014. (Doc. 29).

2. The defendant did file its witness list on September 10, 2014 (Doc. 61) and an amended witness list on September 12, 2014 (Doc. 65).

3. The defendant's witness list, however, includes the following:

    Witness 12 - Gail (with no last name)

    Witness 18 - Any witness necessary for rebuttal

    Witness 19 - Any witness revealed through discovery

4. The disclosure that a party's witness is named "Gail" (witness 12) is no notice at all.

5. A party's declaration that it will call necessary rebuttal witnesses (witness 18), without providing names also is not notice.

1

6. Announcing that the party will call any possible witness (witness 19) clearly provides no notice.

7. The defendant's witness list is in direct violation with this Court's order. Should the defense fail to properly and promptly identify his witnesses as has been done by the United States[1], these unnamed witnesses should be excluded.

Accordingly, the United States respectfully requests that the Court order the defendant to immediately identify his witnesses and exclude any unnamed witnesses from the defendant's case-in-chief.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*/s/ Filed Electronically*
TARA C. NEDA
JEREMY PEÑA
Assistant United States Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I HEREBY CERTIFY that on September 12, 2014,
I filed the foregoing electronically through the
CM/ECF system, which caused the below counsel
of record to be served by electronic means, as more
fully reflected on the Notice of Electronic Filing.

Robert J. Gorence and Louren M. Oliveros
Counsel for Thomas R. Rodella.

*/s/ Filed Electronically*
Tara C. Neda, Assistant U.S. Attorney

---

[1] Although the Court's order only required the parties to list case-in-chief witnesses, the United States has attempted to exceed the Court's instruction by listing all foreseeable rebuttal witnesses, as well.