UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 14-2783 JB |
| ) | |
| vs. ) | |
| ) | |
| **THOMAS R. RODELLA**, ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES' SECOND AMENDED PROPOSED WITNESS LIST

The United States submits its Proposed Witness List for its case-in-chief:

1. Gilbert Atencio, RASO
2. Tomas Campos, Rio Arriba County
3. Vince Crespin, RASO
4. Brian Coss, DOC
5. Gabriel Gonzales, RASO
6. Karen Greene, FBI
7. Lisa Gonzales
8. Andy Gutierrez, RASO
9. Elliott Guttmann, DPS
10. Jack Howard, FBI
11. Jacob Ledesma
12. Yvette Maes
13. Anthony Martinez, Rio Arriba County Detention Center
14. Manny Overby, DPS
15. Veronica Quintana, RASO Dispatch
16. Randy Sanches, RASO
17. Sandra Salazar

18. Faron Segotta

19. Orlando Sanchez, NMSP

20. Tiffany L. Smith, FBI

21. David Smoak

22. Michael Tafoya

23. Mark Thompson

24. David Trujillo, Rio Arriba County

25. Freddie Turrieta, Santa Clara Tribal Police

26. Matt Vigil, RASO

The United States reserves the right to call custodians of records as necessary, to call any witness named by the defense, and to amend its witness list before trial.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*/s/ Filed Electronically*
TARA C. NEDA
JEREMY PEÑA
Assistant United States Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I HEREBY CERTIFY that on September 15, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the below counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Robert J. Gorence and Louren Oliveros
Attorneys for Thomas R. Rodella

*/s/ Filed Electronically*
Tara C. Neda, Assistant U.S. Attorney