# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Karen B. Molzen

United States Magistrate Judge

| Clerk's Minutes | Arraignment |
|---|---|

| | | | | |
|---|---|---|---|---|
| Date: | 9/15/2014 | Case Number: | 14-CR-2783 JB | |
| Case Title: USA v. | Thomas Rodella | Liberty: | Hondo @ | 10:27 am |
| Courtroom Clerk: | K. Dapson | Total Time: | 2 Minutes | |
| Probation/Pretrial: | A. Galaz | Interpreter: | | |

ATTORNEYS PRESENT:

| Plaintiff: | Jeremy Pena | Defendant: | Robert Gorence |
|---|---|---|---|

PROCEEDINGS:

- ☐ First Appearance of Defendant
- ☒ Defendant received a copy of the Indictment
- ☒ Defendant questioned re: time to consult with attorney regarding the penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant is ready to enter a plea
- ☒ Defendant enters a plea of NOT GUILTY to all counts
- ☐ Meet and Confer:
- ☐ Motions due by:
- ☐ Discovery Order electronically filed
- ☒ Case assigned to: Judge Browning
- ☒ Trial set on trailing docket: TO BE NOTIFIED
- ☐ Defendant remanded to custody of USMS
- ☒ Defendant released: Continued on release
- ☒ Other: Superseding Indictment