UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 14-2783 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **THOMAS R. RODELLA**, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' THIRD AMENDED WITNESS LIST

The United States submits its Proposed Witness List for its case-in-chief:

1. Gilbert Atencio, RASO
2. David Backlund, FBI
3. Mark Buie, FBI
4. Tomas Campos, Rio Arriba County
5. Vince Crespin, RASO
6. Brian Coss, DOC
7. Gabriel Gonzales, RASO
8. Karen Greene, FBI
9. Lisa Gonzales
10. Andy Gutierrez, RASO
11. Elliott Guttmann, DPS
12. Jack Howard, FBI
13. Jacob Ledesma
14. Yvette Maes
15. Anthony Martinez, Rio Arriba County Detention Center
16. Manny Overby, DPS

17. Veronica Quintana, RASO Dispatch

18. Randy Sanches, RASO

19. David Sanchez

20. Sandra Salazar

21. Faron Segotta

22. Orlando Sanchez, NMSP

23. Tiffany L. Smith, FBI

24. David Smoak

25. Michael Tafoya

26. Mark Thompson

27. David Trujillo, Rio Arriba County

28. Freddie Turrieta, Santa Clara Tribal Police

29. Matt Vigil, RASO

The United States reserves the right to call custodians of records as necessary, to call any witness named by the defense, and to amend its witness list before trial.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*/s/ Filed Electronically*
TARA C. NEDA
JEREMY PEÑA
Assistant United States Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I HEREBY CERTIFY that on September 15, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the below counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Robert J. Gorence and Louren Oliveros
Attorneys for Thomas R. Rodella

*/s/ Filed Electronically*
Tara C. Neda, Assistant U.S. Attorney