9604095

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2014 AUG 15 AM 8:0?

14 AUG 22 AM 9:17

CLERK-ALBUQUERQUE

| | |
|---|---|
| United States of America<br>v.<br>Thomas R. Rodella<br>*Defendant* | )<br>)<br>)  Case No. CR 14-2783 JB<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      Thomas R. Rodella ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1:   18 U.S.C. § 241: Conspiracy Against Free Exercise of Civil Rights;

Count 2:   18 U.S.C. § 242: Deprivation of Rights and 18 U.S.C. § 2 Aiding and Abetting;

Count 3:   18 U.S.C. § 924(c)(1)(A)(ii): Brandishing a Firearm;

Counts 4 and 5:   18 U.S.C. § 1519: Falsification of Documents.

Date:    8/12/2014

*Issuing officer=s signature*

City and state:    Albuquerque, New Mexico

Matthew J. Dykman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 8/12/2014 , and the person was arrested on *(date)* 8/15/2014
at *(city and state)* Espanola, NM .

Date: 8/15/2014

*Arresting officer=s signature*

FBI SA

*Printed name and title*