FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SEP 26 2014

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

No. CR 14-2783 JB

THOMAS R. RODELLA,

   Defendant.

## VERDICT

### COUNT 1

1. Do you find beyond a reasonable doubt that defendant Thomas R. Rodella used unreasonable force against Michael Tafoya? __yes__ (yes or no)

2. Do you find beyond a reasonable doubt that defendant Thomas R. Rodella unlawfully arrested Michael Tafoya? __yes__ (yes or no)

If your answers to *both* question 1 and 2 above are no, you must return a verdict of Not Guilty in favor of the Defendant as to Count 1 and Count 2. If your answer to *either* question 1 or 2 is yes, then proceed to questions 3 and 4.

3. Do you find beyond a reasonable doubt that Mr. Rodella caused Michael Tafoya to suffer bodily injury? __No__ (yes or no)

4. Do you find beyond a reasonable doubt that Mr. Rodella used or threatened to use a dangerous weapon? __yes__ (yes or no)

If your answer to *both* question 3 or 4 above is no, you must return a verdict of Not Guilty in favor of the Defendant as to Count 1 and Count 2. If your answer to *either* question 3 or 4 is yes, then proceed to question 5.

1. WE, the jury, find the defendant, THOMAS R. RODELLA, __guilty__ (guilty or not guilty) as charged in Count 1 of the indictment.

**COUNT 2**

WE, the jury, find the defendant, THOMAS R. RODELLA, __guilty__ (guilty or not guilty) as charged in Count 2 of the indictment.

Dated this 26 day of SEPTEMBER, 2014.

FOREPERSON

- 2 -