IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 14-2783 JB |
| vs. | ) | |
| **THOMAS R. RODELLA**, | ) | |
| Defendant. | ) | |

## NOTICE OF UNAVAILABILITY

Undersigned counsel hereby notifies the Court and the parties that she is scheduled to be out of the office from December 23, 2014 through January 2, 2015. Undersigned counsel respectfully requests that, if possible, any court proceedings be scheduled outside of this time period.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*/s/ Filed Electronically*
TARA C. NEDA
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I HEREBY CERTIFY that on October 14, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the below counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Robert J. Gorence and Louren M. Oliveros
Counsel for Thomas R. Rodella.

*/s/ Filed Electronically*
Tara C. Neda, Assistant U.S. Attorney