

**EASTER SEALS EL MIRADOR**
10 A Van Nu Po
Santa Fe, New Mexico 87508
Phone: (505) 424-7700
Fax: (505) 424-7707

September 17, 2014

To Whom It Concerns:

Michael Tafoya is currently on leave of absence from his duties at Easter Seals El Mirador through Sunday, September 28.

Lisa Bronowicz
Human Resources Director

**GOVERNMENT EXHIBIT**
1