

**EASTER SEALS EL MIRADOR**
10 A Van Nu Po
Santa Fe, New Mexico 87508
Phone: (505) 424-7700
Fax: (505) 424-7707

October 21, 2014

Anita Perry
U.S. Attorney's Office
Albuquerque, New Mexico

Michael Tafoya's employment with Easter Seals El Mirador began on February 11, 2013. He is currently on leave of absence from his duties at Easter Seals El Mirador and is considered to be still employed with this agency.

Lisa Bronowicz
Human Resources Director

GOVERNMENT EXHIBIT 2