

1501 San Pedro SE
Albuquerque, NM 87108
October 28, 2014

To Whom it May Concern

Re: Thomas Rodella

   Mr. Rodella has been under care for PTSD at the Albuquerque VA since June of 2012, where he has received medication by a psychiatrist and therapy for PTSD. I have been caring for him since March of 2013. He has had no psychiatric hospitalizations, and has never been considered a threat to himself or anyone else. At no time has he had any psychotic symptoms, such as being out of touch with reality, having hallucinations (seeing or hearing things that are not present) or delusions (fixed, false beliefs). At no time has he been considered incompetent or less than fully able to participate in general life activities.
   The medications he has taken and is taking are customary for PTSD treatment, and do not cause psychotic symptoms or lessen one's ability to be fully present in life. Mr. Rodella has not, and is not, impaired in any manner by his medications.

Sincerely,

Elizabeth Davidson, MD

EXHIBIT A