# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

  Plaintiff,

vs.             Case No. 14-CR-2783 JB

**THOMAS R. RODELLA**

  Defendant.

## ENTRY OF APPEARANCE

**COMES NOW** Brennan & Sullivan, P.A. (Sabrina Rodriguez Salvato) and hereby enters her appearance on behalf of Easter Seals El Mirador Employees Mark Johnson, Director; Patsy Romero, Chief Operations Officer; Paula Black, Incident Manager; Loreen Chavez, House Manager; Nathaniel Salazar**,** Direct Care Professional Employee.  These individuals have been subpoenaed to testify in the hearing set for November 13, 2014 at 3:00 p.m.

        Respectfully submitted,

        BRENNAN & SULLIVAN, P.A.

    By: */s/ Sabrina Rodriguez Salvato*
       Sabrina Rodriguez Salvato
       James P. Sullivan
       Brennan & Sullivan, P.A.
       128 East DeVargas
       Santa Fe, New Mexico 87501
       (505) 995-8514
       *Attorneys for Easter Seals El Mirador*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 12th day of November, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jeremy Pena, Esq. | |
| Tera C. Neda, Esq. | Louren M. Oliveros, Esq. |
| United States Attorney Office | Robert J. Gorence, Esq. |
| District of New Mexico | Gorence & Oliveros, P.C. |
| Post Office Box 607 | 1305 Tijeras, NW |
| Albuquerque, NM  87103 | Albuquerque, NM  87102 |
| (505) 346-7274 | (505) 244-1204 |
| Jeremy.pena@usdoj.gov | oliveros@golaw.us |
| Tara.neda@usdoj.gov | *Attorneys for Defendant Thomas Rodella* |
| *Attorneys for Plaintiff U.S.A* | |

       *By:*  */s/ Sabrina Rodriguez Salvato*
          Sabrina Rodriguez Salvato