AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 14-CR-2783 JB |
| **THOMAS RODELLA,** | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Lisa Bronowicz

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, Albuquerque, NM  87102 | Courtroom No.: 460 Vermejo Courtroom |
| | Date and Time: Nov. 14, 2014, at 1:30 p.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  November 4, 2014

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____the United States_____ , who requests this subpoena, are:  TARA C. NEDA,
JEREMY PEÑA,
Assistant United States Attorneys
P.O. Box 607
Albuquerque, NM   87103
(505) 346-7274

**EXHIBIT 1**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 14-CR-2783 JB |
| **THOMAS RODELLA,** | ) | | |
| *Defendant* | ) | | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Paula Black

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, Albuquerque, NM   87102 | Courtroom No.: 460 Vermejo Courtroom |
|---|---|
| | Date and Time: Nov. 14, 2014, at 1:30 p.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   November 4, 2014

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States, who requests this subpoena, are:   TARA C. NEDA,
JEREMY PEÑA,
Assistant United States Attorneys
P.O. Box 607
Albuquerque, NM   87103
(505) 346-7274