AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
_____ District of New Mexico _____

| | |
|---|---|
| United States of America<br>v.<br>THOMAS R. RODELLA<br>*Defendant* | )<br>)<br>)  Case No. 14-cr-2783 JB<br>)<br>) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Mark Johnson
   Director
   Easter Seals El Mirador
   10 A Van Nu Po
   Santa Fe, NM  87508

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance:<br>United States District Courthouse<br>333 Lomas Blvd. NW<br>Albuquerque, NM  87102 | Courtroom No.:<br>460 Vermejo Courtroom |
|---|---|
| | Date and Time:<br>November 13, 2014 at 3:00 p.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
All records in your possession pertaining to Michael Tafoya, including any incident reports or referrals concerning allegations of Mr. Tafoya's assaultive behavior. Additionally, all correspondence, e-mails, or documentation regarding any contact or communication between anyone from the FBI or the U.S. Attorney's Office and anyone associated with Easter Seals El Mirador.

CLERK OF COURT

Date:  11/7/14

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Thomas R. Rodella
_____, who requests this subpoena, are:
Robert J. Gorence, Gorence & Oliveros, P.C., 1305 Tijeras Avenue NW, Albuquerque, NM 87102; Phone: (505) 244-0214; E-mail: gorence@golaw.us

**EXHIBIT 2**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 14-cr-2783 JB |
| THOMAS R. RODELLA | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Patsy Romero
   Project Manager
   Easter Seals El Mirador
   10 A Van Nu Po
   Santa Fe, NM  87508

   YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Courthouse 333 Lomas Blvd. NW Albuquerque, NM  87102 | Courtroom No. 460 Vermejo Courtroom |
|---|---|---|
|  |  | Date and Time: 11/13/14 at 3:00 p.m. |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

All records in your possession pertaining to Michael Tofoya, including any incident reports or referrals concerning allegations of Mr. Tafoya's assaultive behavior. Additionally, all correspondence, e-mails, or documentation regarding any contact or communication between anyone from the FBI or the U.S. Attorney's Office and anyone associated with Easter Seals El Mirador.

(SEAL)

Date: __11/7/14__

Matthew J. Dykman, CLERK
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Thomas R. Rodella _____, who requests this subpoena, are:
Robert J. Gorence, Gorence & Oliveros, P.C., 1305 Tijeras Avenue NW, Albuquerque, NM 87102; Phone: (505) 244-0214; E-mail: gorence@golaw.us

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) |
| THOMAS R. RODELLA | ) Case No. 14-cr-2783 JB |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Lisa Bronowicz, Human Resources Director
Easter Seals El MIrador
10 A Van Nu Po
Santa Fe, NM 87508

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: |
|---|---|
| United States District Courthouse | 460 Vermej Courtroom |
| 333 Lomas Blvd. NW | |
| Albuquerque, NM 87102 | Date and Time: |
| | November 13, 2014 at 3:00 p.m. |

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable):

Complete personnel file for Michael Tafoya, which includes, but is not limited to, any and all reports of physical abuse to residents, and any and all internal findings of investigations of physical abuse. Additionally, all correspondence, e-mails, or documentation regarding any contact or communication between anyone effom the FBI or the U.S. Attorney's Office and anyone associated with Easter Seals El Mirador.

CLERK OF COURT

Date: 11/7/14

The name, address, e-mail, and telephone number of the attorney representing (name of party) Thomas R. Rodella , who requests this subpoena, are:

Robert J. Gorence, Gorence & Oliveros, P.C., 1305 Tijeras Avenue NW, Albuquerque, NM 87102; Phone: (505) 244-0214; E-mail: gorence@golaw.us