AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

## UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>THOMAS R. RODELLA<br>_Defendant_ | )<br>)<br>) Case No. 14-cr-2783 JB<br>)<br>) |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Paula Black
    Incident Manager
    Easter Seals El Mirador
    10 A Van Nu Po
    Santa Fe, NM  87508

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court<br>333 Lomas Blvd. NW<br>Albuquerque, NM  87102 | Courtroom No.: 460 Vermejo Courtroom |
|---|---|
| | Date and Time: 11/13/14 at 3:00 p.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
All records in your possession pertaining to Michael Tafoya, including any incident reports or referrals concerning allegations of Mr. Tafoya's assaultive behavior. Additionally, all correspondence, e-mails, or documentation regarding any contact or communication between anyone from teh FBI or the U.S. Attorney's Office and anyone associated with Easter Seals El Mirador.

(SEAL)

Date: 11/7/14

Matthew J. Dykman, CLERK
CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Thomas R. Rodella , who requests this subpoena, are:
Robert J. Gorence, Gorence & Oliveros, P.S., 1305 Tijeras Avenue NW, Albuquerque, NM 87102; Phone: (505) 244-0214; E-mail: gorence@golaw.us

EXHIBIT 3

UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) |
| THOMAS R. RODELLA | ) Case No. 14-cr-2783 JB |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Loreen Chavez
House Manager
Easter Seals El Mirador
10 A Van Nu Po
Santa Fe, NM 87508

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: |
|---|---|
| United States District Courthouse<br>333 Lomas Blvd. NW<br>Albuquerque, NM 87102 | 460 Vermejo Courtroom |
| | Date and Time:<br>November 13, 2014 at 3:00 p.m. |

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable):
All records in your possession pertaining to Michael Tafoya, including any incident reports or referrals concerning allegations of Mr. Tafoya's assaultive behavior. Additionally, all of Mr. Tafoya's work schedules, all correspondence, e-mails, or documentation regarding any contact or communication between anyone from the FBI or the U.S. Attorney's Office and anyone associated with Easter Seals El Mirador.

CLERK OF COURT

Date: 11/7/14

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing (name of party) Thomas R. Rodella
_____, who requests this subpoena, are:
Robert J. Gorence, Gorence & Oliveros, P.C., 1305 Tijeras Avenue, NW, Albuquerque, NM 87102; Phone: (505) 244-0214; E-mail: gorence@golaw.us

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| THOMAS R. RODELLA | ) | Case No. 14-2783 JB |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Nathaniel Salazar
Easter Seals El Mirador
10 A Van Nu Po
Santa Fe, NM 87508

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Courthouse 333 Lomas Blvd. NW Albuquerque, NM 87102 | Courtroom No.: 460 Vermejo Courtroom |
|---|---|
| | Date and Time: November 13, 2014 at 3:00 p.m. |

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable):
All records in your possession pertaining to Michael Tafoya, including any incident reports referrals concerning allegations of Mr. Tafoya's assaultive behavior.

Date: 11/7/14

CLERK OF COURT

Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing (name of party) Thomas R. Rodella, who requests this subpoena, are:

Robert J. Gorence, Gorence & Oliveros, P.C., 1305 Tijeras Avenue NW, Albuquerque, NM 87102; Phone: (505) 244-0214; E-mail: gorence@golaw.us