# Affidavit of Paula Black

STATE OF NEW MEXICO
COUNTY OF SANTA FE

The undersigned, PAULA BLACK, being duly sworn, hereby deposes and says:

1. I am over the age of 18 and am a resident of the State of New Mexico. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.

2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.

3. I declare that a summary submitted to the Court on October 29, 2014 regarding my investigations of incidents on April 13, 2014 and on August 27, 2014 involving Michael Tafoya were true and correct.

I declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

Executed this 12th day of November, 2014.

*Paula Black*
Paula Black

## NOTARY ACKNOWLEDGEMENT

STATE OF NEW MEXICO, COUNTY OF SANTA FE, ss:

This Affidavit was acknowledged before me on this 12th day of November, 2014 by Paula Black, who, being first duly sworn on oath according to law, deposes and says that he/she has read the foregoing Affidavit subscribed by him/her, and that the matters stated herein are true to the best of his/her information, knowledge and belief.



*Mary McFadin*
Notary Public

OFFICIAL SEAL
Mary McFadin
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 01-26-2016

_____
Title (and Rank)

My commission expires 01-26-2016



EXHIBIT 10

This is a RocketLawyer.com document.