```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF NEW MEXICO

 3   UNITED STATES OF AMERICA,

 4              Plaintiff,

 5      vs.              NO:  14-CR-2783-JB

 6   THOMAS RODELLA, SR., et al.,

 7              Defendants.

 8

 9      Excerpted testimony of Thomas Rodella, Jr.,

10   Transcript of Jury Trial before The Honorable James

11   O. Browning, United States District Judge,

12   Albuquerque, Bernalillo County, New Mexico, on

13   September 25, 2014.

14

15   For the Plaintiff:   Ms. Tara C. Neda

16                        Mr. Jeremy Pena

17   For the Defendant Thomas Rodella, Sr.:

18                        Ms. Louren M. Oliveros

19                        Mr. Robert J. Gorence

20

21

22      Mary Abernathy Seal, RDR, CRR, NM CCR 69
                Bean & Associates, Inc.
23         Professional Court Reporting Service
         201 Third Street, Northwest, Suite 1630
24            Albuquerque, New Mexico 87102

25
```



GOVERNMENT EXHIBIT 15

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  everything you do, you suffer from the poor
 2  concentration that we've already talked about;
 3  right?
 4       A.   Oh, yes.
 5       Q.   Okay.  And then you have problems with
 6  your memory.  Although I heard you testify earlier
 7  you don't, but you have difficulties with your
 8  memory, don't you?  Both short- and long-term and
 9  you have reported that, didn't you?
10       A.   Not that I recall, no.
11       Q.   Okay.
12            MR. GORENCE:  Your Honor?  At this point
13  can I get a copy of the -- can we approach for a
14  second?
15            THE COURT:  You may.
16            (The following proceedings were held at
17  the bench.)
18            THE COURT:  Do you have a copy of it?
19            MR. GORENCE:  I know they were provided to
20  Mr. Bowles and then the case was dismissed.  I have
21  never seen the medical reports and she's
22  cross-examining on it, and I would like all of them.
23            MS. NEDA:  That's right, I am
24  cross-examining him.  I gave it to Mr. Bowles and I
25  said, "Please give this to Mr. Gorence.  I don't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  want to make that decision of invading the privacy
2  of his client."
3         Now, you know Mr. Bowles and Mr. Gorence
4  work together.  And you know Mr. Gorence knew full
5  well I was going to come in here with this
6  information.  So once again, my direct
7  examination -- excuse me, my cross-examination --
8         THE COURT:  Mr. Bowles?  Mr. Bowles?
9         MR. BOWLES:  Yes, Your Honor.
10        (Mr. Bowles approached the bench.)
11        THE COURT:  Do you have them in a nice
12  little set I could Xerox?
13        MS. NEDA:  I don't.  I have one set.
14        THE COURT:  Do you have a set, though,
15  that you can hand --
16        MS. NEDA:  It's this, and I have it all
17  tabbed.  So Mr. Bowles can provide a set if he has
18  it.
19        THE COURT:  Do you have any problem with
20  the Government giving Mr. Gorence a copy of
21  Mr. Rodella, Jr.'s medical records?
22        MR. BOWLES:  No, Your Honor.
23        THE COURT:  All right.  Well, I got to get
24  a set into his hands.  Do you have the set that was
25  given to --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MR. BOWLES:  I do, and they're at my
2    office.
3              THE COURT:  At your office?
4              MR. BOWLES:  I could have somebody get
5    them.  They're at the Bank of the West.  I could
6    have somebody bring them over.
7              THE COURT:  Can you do that?  Is it a
8    complete set?  It's pretty intact?
9              MR. BOWLES:  Yes, Your Honor.  Ms. Neda
10   e-mailed those to me, so I could just hit the
11   attachment.  I think they're already printed.
12             THE COURT:  Are you going through the
13   medical records right now?
14             MS. NEDA:  That's what I'm doing right
15   now.
16             THE COURT:  Was it sent by e-mail?
17             MS. NEDA:  Yes.
18             THE COURT:  Can you just have them e-mail
19   it to her?  Can you have somebody e-mail it to
20   Ms. Wild.
21             MS. NEDA:  I would prefer Mr. Bowles do
22   that.
23             MR. BOWLES:  I can do that.
24             THE COURT:  You can have it e-mailed to
25   Ms. Wild.  Send it protected.  We'll print it out
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com