```
 1      EXCERPT FROM US V. RODELLA, DAY 1, 9/22/14
              TESTIMONY OF MICHAEL TAFOYA
 2

 3
                    MICHAEL TAFOYA,
 4      after having been first duly sworn under oath,

 5      was questioned and testified as follows:

 6                    DIRECT EXAMINATION

 7           THE CLERK:  Please be seated.  State your

 8  name for the record, please.

 9           THE WITNESS:  Michael Tafoya.

10           THE COURT:  Mr. Tafoya, Ms. Neda.

11  BY MS. NEDA:

12      Q.   Mr. Tafoya?

13      A.   Yes.

14      Q.   How old are you?

15      A.   I'm 26.

16      Q.   And can you tell us your height and your

17  weight?

18      A.   I'm 5'6" and I weigh 135 pounds.

19      Q.   Was that your weight approximately on March

20  11, 2014?

21      A.   Yes.

22      Q.   You weren't 200 pounds?

23      A.   No.

24      Q.   Now, after high school did you have any

25  college education?
```



GOVERNMENT EXHIBIT 17

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

| | | |
|---|---|---|
| 1 | A. | No, no. |
| 2 | Q. | Do you drink alcohol? |
| 3 | A. | No. |
| 4 | Q. | All right.  Do you use illegal drugs? |
| 5 | A. | No. |
| 6 | Q. | Or any drugs? |
| 7 | A. | No. |
| 8 | Q. | On March 11, 2014, were you carrying any |
| 9 | contraband in your car? | |
| 10 | A. | No, I was not. |
| 11 | Q. | Have you ever been arrested? |
| 12 | A. | No. |
| 13 | Q. | Other than this case? |
| 14 | A. | No. |
| 15 | Q. | But in 2010, you were stopped by law |
| 16 | enforcement when your car broke down? | |
| 17 | A. | No -- oh, yes. |
| 18 | Q. | In 2010? |
| 19 | A. | Yes. |
| 20 | Q. | What did the law enforcement officer do? |
| 21 | A. | He pulled up behind me with his lights. |
| 22 | Q. | Those are the emergency lights? |
| 23 | A. | Yes, on the top, yes. |
| 24 | Q. | And did he step out of his car to talk to |
| 25 | you? | |

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  trial?
2  A. Yes, I am.
3  Q. Now, you're a United States citizen?
4  A. Yes, I am.
5  Q. And on March 11, 2014, when this happened
6  to you, did you have a valid driver's license?
7  A. Yes, I did.
8  Q. And your car was fairly new, right?
9  A. Yes, it was a little over a month.
10 Q. And did you have it registered?
11 A. Yes.
12 Q. Okay. So you had a temporary tag on it?
13 A. I had a temporary, and I also had the new
14 license plate on the front windshield.
15 Q. And did you understand that that was lawful
16 to have the license plate on the front windshield,
17 the permanent license plate?
18 A. I thought it was, yes.
19 Q. And it is a valid registration plate?
20 A. Yes.
21 Q. And the car was insured on March 11, 2014?
22 A. Yes.
23 Q. Do you have any criminal history?
24 A. No.
25 Q. And do you abuse alcohol?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com