UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                            No. 14-CR-2783 JB

THOMAS RODELLA,

        Defendant.

### EL CENTRO FAMILY HEALTH'S WITHDRAWAL OF ITS MOTION TO QUASH SUBPOENA OR FOR PROTECTIVE ORDER

El Centro Family Health, by and through its attorney Jones, Snead, Wertheim & Clifford, P.A., and withdraws its motion to quash subpoenas or for a protective order, upon agreement of the defendant that the subpoenas to El Centro employees and the testimony sought from El Centro employees are no longer a basis for a motion for new trial.

        Respectfully submitted,

        JONES, SNEAD, WERTHEIM
         & CLIFFORD, P.A.
        Attorneys for El Centro Family Health

        By  *s/Jerry Todd Wertheim*
             JERRY TODD WERTHEIM
             Post Office Box 2228
             Santa Fe, NM 87504-2228
             (505) 982-0011

## CERTIFICATE OF SERVICE

It is hereby certified that on the 1st day of December, 2014, a true copy of the foregoing was served on all counsel of record in this matter via the Court's CM/ECF system.

By _s/Jerry Todd Wertheim_
JERRY TODD WERTHEIM