IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No. 14-2783 JB |
| | ) | |
| **THOMAS R. RODELLA**, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF UNAVAILABILITY

Undersigned counsel hereby notifies the Court and the parties that she will not be available February 6, 2015, through February 9, 2015. Undersigned counsel respectfully requests that, if possible, any court proceedings be scheduled outside of this time period.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*/s/ Electronically Filed*
TARA C. NEDA
Assistant United States Attorney

I HEREBY CERTIFY that on December 4, 2014,
I filed the foregoing electronically through the
CM/ECF system, which caused counsel of record
to be served by electronic means, as more fully
reflected on the Notice of Electronic Filing.

*/s/ Filed Electronically*
TARA C. NEDA
Assistant U.S. Attorney