

Subject

**THOMAS R RODELLA**

SSN: ▓▓▓-9894 - issued in NM in 1974

DOB (Age): (53)

Possible Addresses Associated with Subject

| Date Range | Address | Source(s) | Reported Date(s) |
|---|---|---|---|
| 01/01/2006 - 10/2013 | 9419 ENDEE RD NW ALBUQUERQUE, NM 87120 Phone: (505) ▓▓▓▓ Line Type: Residence | Household Listing TransUnion Experian Gateway Experian | 01/01/2006 - 10/2013 04/09/2007 - 04/09/2007 01/19/2007 - 01/19/2007 01/19/2007 - 01/19/2007 |
| 01/01/1993 - 01/2013 | PO BOX 1074 OHKAY OWINGEH, NM 87566 Phone: (505) ▓▓▓▓ | Household Listing TransUnion Experian Historic Credit Bureau | 01/01/1993 - 01/2013 09/04/2005 - 03/12/2010 05/29/2007 - 05/29/2007 01/01/1996 - 01/01/1996 |
| 01/01/1993 - 11/2012 | 16 PRIVATE DRIVE 1156 ESPANOLA, NM 87532 | Household Listing Experian | 01/01/1993 - 11/2012 12/10/2009 - 07/22/2011 |
| 06/23/2009 - 08/11/2010 | 16 PRIVATE ROAD 1156 ESPANOLA, NM 87532 | Experian Utility Experian | 06/23/2009 - 08/11/2010 12/01/2009 - 12/24/2009 09/25/2007 - 07/13/2010 |

**GOVERNMENT EXHIBIT 1**

| | | | |
|---|---|---|---|
| 09/25/2007 - 07/13/2010 | 16 PRIVATE DEIVE 1156 ESPANOLA, NM 87532 | | |
| 11/01/1996 - 10/18/2007 | 16 PRIVATE DR 1156 ESPAROLA, NM 87532 Phone: (505) ▒▒▒▒ Line Type: Landline | Experian TransUnion Gateway | 10/17/2007 - 10/18/2007 11/01/1996 - 11/01/1996 |
| 09/08/2006 - 09/22/2006 | 1156 HOUSE 16 PRIVATE DR ESPANOLA, NM 87532 | Experian Experian Gateway | 09/08/2006 - 09/22/2006 09/08/2006 - 09/08/2006 |
| 04/11/2006 - 04/11/2006 | PRIVATE DR 1156 HOUSE 16 ESPANOLA, NM 87532 | Experian | 04/11/2006 - 04/11/2006 |
| 04/28/2002 - 04/28/2002 | D 1156 HOUSE 16 LA MESILLA, NM 87532 | Experian | 04/28/2002 - 04/28/2002 |
| 01/22/1992 - 01/22/1992 | 2 TIMBERLAND RD ESPANOLA, NM 87532 | Experian Gateway Experian | 01/22/1992 - 01/22/1992 01/22/1992 - 01/22/1992 |
| | 16 DR ESPANOLA, NM 87532 | Address Compilation | |

## Possible Utility Services

| | | | |
|---|---|---|---|
| Name: | RODELLA, THOMAS R | Driver's License (State & Number): | |
| SSN(s): | ▒▒▒-▒▒-9894 | Partial SSN(s): | XXX-XX-9894 |
| Service Address: | 16 PRIVATE ROAD 1156 ESPANOLA, NM 87532-3160 | Billing Address: | |
| Service Address Phone: | | Work Phone: | |
| Service Connect Date: | 12/01/2009 | Reported Date: | 12/24/2009 |
| Utility Service(s): | OTHER | | |

## Possible Real Property Ownership & Deed Transfers

**9419 ENDEE RD NW ALBUQUERQUE, NM 87120-1752**

| | | | |
|---|---|---|---|
| **DEED TRANSFER** - BERNALILLO County | 10/16/2013 | | |
| Situs Address: | 9419 ENDEE RD NW ALBUQUERQUE, NM 87120-1752 | Mailing Address: | 16 PRIVATE DRIVE 1156 ESPANOLA, NM 87532-3160 |
| Owner: | RODELLA THOMAS R & DEBBIE A | Co-Owner Name: | |

| | | | |
|---|---|---|---|
| Owner Rights: | HUSBAND AND WIFE | Owner Relationship: | |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE | Land Use: | SINGLE FAMILY RESIDENCE |
| Building Square Feet: | | APN Sequence Number: | 001 |
| Unformatted APN: | 100905807914032503 | Formatted APN: | 1-009-058-079140-3-25-03 |
| Original APN: | 100905807914032503 | Formatted APN - IRIS: | |
| FIPS Code: | BERNALILLO | FIPS State Code: | NEW MEXICO |
| County: | BERNALILLO | State: | |
| Transaction Date: | 10/16/2013 | Seller Name: | |
| Recording Date: | 10/21/2013 | Sale Price: | |
| Document Number: | 115826 | Type of Transaction: | REFINANCE |
| Book/Page: | | Deed Type: | DEED OF TRUST |
| Mortgage Amount: | ($99,706.00) | Mortgage Type: | CONVENTIONAL |
| Mortgage Term: | 10 | Mortgage Deed Type: | DEED OF TRUST |
| Mortgage Date: | 10/16/2013 | Mortgage Due Date: | 11/01/2023 |
| Mortgage Assumption Amount: | | Interest Rate: | |
| 2nd Mortgage Amount: | | 2nd Mortgage Type: | |
| 2nd Mortgage Deed Type: | | | |
| Lender Name: | CITIBANK NA | Lender Address: | O'FALLON, MO 63368-2240 |
| Construction Type: | | Purchase Payment: | |
| Title Company: | MORTGAGE INFORMATION SVCS | Seller Carryback: | |
| Private Party Lender: | | Foreclosure Sale: | |
| Construction Loan: | | Refinance Loan: | (LOAN TO VALUE IS MORE THAN 50%) |
| InterFamily Transaction: | | Equity Loan: | |
| Multiple Parcel Sale: | | Number of Parcels: | |

**TAX RECORD - BERNALILLO County TAX YEAR 2013**

| | | | |
|---|---|---|---|
| Situs Address: | 9419 ENDEE RD NW ALBUQUERQUE, NM 87120-1752 | Mailing Address: | 9419 ENDEE RD NW ALBUQUERQUE, NM 87120-1752 |
| Owner: | RODELLA THOMAS R | Co-Owner: | RODELLA DEBBIE A |
| Additional Name: | RODELLA THOMAS R | Absentee Owner: | OWNER OCCUPIED |
| Owner Relationship Type: | HUSBAND/WIFE | Owner Corporate Indicator: | |
| Owner Ownership Rights code: | JOINT TENANCY | Owner Phone: | |
| FIPS Code: | BERNALILLO | Municipality Name: | ALBUQUERQUE |
| FIPS Sub Code: | 000 | Municipality Code: | |
| FIPS State Code: | NEW MEXICO | Subdivision Name: | SUNDORO SOUTH SUB |
| APN Sequence Number: | 1 | Property Indicator: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Unformatted APN: | 100905807914032503 | Land Use: | |

| | | | |
|---|---|---|---|
| | | | SINGLE FAMILY RESIDENCE |
| Formatted APN: | 1-009-058-079140-3-25-03 | Homestead Exemption: | |
| Original APN: | | Land Square Footage: | 4691 |
| Account Number: | | Lot Number: | 11-P1 |
| Acres: | 0.1077 | Block Number: | 8 |
| Range: | | Legal Description: | LT 11-P1 BLK 8 PLAT FOR SUNDORO SOUTH SUBDIVISION UNIT 5 CONT .1077 AC |
| Calculated Land Value: | $31,800.00 | Market Land Value: | $31,800.00 |
| Calculated Improvement Value: | $126,500.00 | Market Improvement Value: | $126,500.00 |
| Calculated Total Value: | $158,300.00 | Market Total Value: | $158,300.00 |
| Assessed Land Value: | $10,599.00 | Valuation Method: | |
| Assessed Improvement Value: | $42,162.00 | Total Value Calculated Indicator: | MARKET |
| Assessed Total Value: | $52,761.00 | Year Sold to State: | |
| Tax Year: | 2013 | Appraised Land Value: | |
| Tax Amount: | $2,246.04 | Appraised Improvement Value: | |
| Tax Code Area: | A1 | Appraised Total Value: | |
| Year Built: | | Number of Buildings: | |
| Lot Area: | 7000004691 | Style/Shape: | |
| Sale Date: | 09/29/2006 | Deed Type: | GRANT DEED |
| Seller Name: | FULLER HOMES INC | Type of Sale: | SUBDIVISION/NEW CONSTRUCTION |
| Sale Price: | $236,673.00 | Sale Code: | ESTIMATED |
| Number of Parcels: | | Document Number: | 152810 |
| Recording Date: | 10/06/2006 | Recording Page: | 2407 |
| Recording Book: | A125 | Title Company: | FIDELITY NATIONAL TITLE INSURA |
| Mortgage Amount: | $177,950.00 | Lender Name: | ABN AMRO MTG GRP INC |
| Mortgage Loan Type: | CONVENTIONAL | 2nd Mortgage Amount: | |
| Mortgage Term: | 15 | 2nd Mortgage Type: | |
| Mortgage Term Length: | YEARS | 2nd Mortgage Deed Type: | |
| Mortgage Deed Type: | MORTGAGE DEED | Multiple Parcel Sale: | |
| Document Number: | 3226 | Mortgage Amount: | $176,700.00 |
| Sale Date: | 12/30/2005 | Multiple Parcel Sale: | |
| Sale Price: | $235,011.00 | Number of Parcels: | |
| Sale Code: | ESTIMATED | Recording Date: | 01/09/2006 |
| Deed Type: | MORTGATE DEEDS | Recording Book: | A110 |
| Type of Sale: | | Recording Page: | 3202 |

**16 PRIVATE DRIVE 1156 ESPANOLA, NM 87532-3160**

---

**TAX RECORD - RIO ARRIBA County   TAX YEAR 2012**

| | | | |
|---|---|---|---|
| Situs Address: | | Mailing Address: | |

| | | | |
|---|---|---|---|
| | 16 PRIVATE DRIVE 1156 ESPANOLA, NM 87532-3160 | | 16 PRIVATE DRIVE 1156 ESPANOLA, NM 87532-3160 |
| Owner: | RODELLA THOMAS R | Co-Owner: | RODELLA DEBBIE A |
| Additional Name: | RODELLA THOMAS R | Absentee Owner: | OWNER OCCUPIED |
| Owner Relationship Type: | | Owner Corporate Indicator: | |
| Owner Ownership Rights code: | | Owner Phone: | (505) ▮▮▮▮ |
| FIPS Code: | RIO ARRIBA | Municipality Name: | |
| FIPS Sub Code: | 000 | Municipality Code: | |
| FIPS State Code: | NEW MEXICO | Subdivision Name: | |
| APN Sequence Number: | 1 | Property Indicator: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Unformatted APN: | 1046116310365 | Land Use: | SINGLE FAMILY RESIDENCE |
| Formatted APN: | 1-046-116-310365 | Homestead Exemption: | HOMEOWNER EXEMPTION |
| Original APN: | | Land Square Footage: | 43560 |
| Account Number: | R018459 | Lot Number: | |
| Acres: | 1.0000 | Block Number: | |
| Range: | 08E | Legal Description: | S: 27 T: 20N R: 08E LA MESILLA 1.00 AC |
| Front Footage: | | Township: | 20N |
| Depth Footage: | | Section: | 27 |
| View: | | Quarter Section: | |
| Location Influence: | | | |
| Calculated Land Value: | $65,570.00 | Market Land Value: | $65,570.00 |
| Calculated Improvement Value: | $133,459.00 | Market Improvement Value: | $133,459.00 |
| Calculated Total Value: | $199,029.00 | Market Total Value: | $199,029.00 |
| Assessed Land Value: | $21,857.00 | Valuation Method: | |
| Assessed Improvement Value: | $44,486.00 | Total Value Calculated Indicator: | MARKET |
| Assessed Total Value: | $66,343.00 | Year Sold to State: | |
| Tax Year: | 2012 | Appraised Land Value: | |
| Tax Amount: | $941.64 | Appraised Improvement Value: | |
| Tax Code Area: | 450T | Appraised Total Value: | |
| Year Built: | | Number of Buildings: | |
| Lot Area: | 43560 | Style/Shape: | |

**No Situs Address Available**

---

**TAX RECORD** - RIO ARRIBA County   TAX YEAR 2012

| | | | |
|---|---|---|---|
| Situs Address: | | Mailing Address: | 16 PRIVATE DRIVE 1156 ESPANOLA, NM 87532-3160 |
| Owner: | RODELLA THOMAS R | Co-Owner: | RODELLA DEBBIE A |
| Additional Name: | RODELLA THOMAS R | Absentee Owner: | |
| Owner Relationship Type: | | Owner Corporate Indicator: | |

| | | | |
|---|---|---|---|
| Owner Ownership Rights code: | | Owner Phone: | (505) ███ |
| FIPS Code: | RIO ARRIBA | Municipality Name: | |
| FIPS Sub Code: | 000 | Municipality Code: | |
| FIPS State Code: | NEW MEXICO | Subdivision Name: | LA TIERRA GRANDE SUB |
| APN Sequence Number: | 1 | Property Indicator: | VACANT |
| Unformatted APN: | 1020171205206 | Land Use: | RESIDENTIAL LOT |
| Formatted APN: | 1-020-171-205206 | Homestead Exemption: | |
| Original APN: | | Land Square Footage: | 808038 |
| Account Number: | R001152 | Lot Number: | |
| Acres: | 18.5500 | Block Number: | |
| Range: | | Legal Description: | SUBD: LA TIERRA GRANDE SUBDIVISION BLOCK: TR1 TRACT: 9, 1 , TRACT 9 18.55 AC TRACT 1 159/454; 207A/409; 234/698, BK.135-A PG.691-692 BK.302 PG.580 000200682 012800 |
| Subdivision Plat Book: | | Legal Description: | |
| Subdivision Plat Page: | | Legal Description: | |
| Original Recording Book: | | Subdivision Tract Number: | 1 |
| Original Recording Page: | | Zoning: | |
| Calculated Land Value: | $20,270.00 | Market Land Value: | $20,270.00 |
| Calculated Improvement Value: | | Market Improvement Value: | |
| Calculated Total Value: | $20,270.00 | Market Total Value: | $20,270.00 |
| Assessed Land Value: | $6,757.00 | Valuation Method: | |
| Assessed Improvement Value: | | Total Value Calculated Indicator: | MARKET |
| Assessed Total Value: | $6,757.00 | Year Sold to State: | |
| Tax Year: | 2012 | Appraised Land Value: | |
| Tax Amount: | $124.88 | Appraised Improvement Value: | |
| Tax Code Area: | 19OT | Appraised Total Value: | |
| Year Built: | | Number of Buildings: | |
| Lot Area: | 808038 | Style/Shape: | |

**9419 NW ENDEE RD ALBUQUERQUE, NM 87120**

---

**DEED TRANSFER - BERNALILLO County**      09/29/2006

| | | | |
|---|---|---|---|
| Situs Address: | 9419 NW ENDEE RD ALBUQUERQUE, NM 87120 | Mailing Address: | 9419 NW ENDEE RD ALBUQUERQUE, NM 87120 |
| Owner: | RODELLA THOMAS R & DEBBIE A | Co-Owner Name: | |
| Owner Rights: | HUSBAND/WIFE | Owner Relationship: | JOINT TENANTS |
| Additional Owner 1: | RODELLA THOMAS R | Additional Owner 2: | RODELLA DEBBIE A |

| | | | |
|---|---|---|---|
| Owner 1 Relationship: | HUSBAND/WIFE | Owner 2 Relationship: | |
| Ownership 1 Rights: | JOINT TENANTS | Ownership 2 Rights: | |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE | Land Use: | |
| Building Square Feet: | | APN Sequence Number: | 000 |
| Unformatted APN: | | Formatted APN: | |
| Original APN: | | Formatted APN - IRIS: | |
| FIPS Code: | BERNALILLO | FIPS State Code: | NEW MEXICO |
| County: | BERNALILLO | State: | |
| Transaction Date: | 09/29/2006 | Seller Name: | FULLER HOMES INC |
| Recording Date: | 10/06/2006 | Sale Price: | $236,673.00 |
| Document Number: | 152810 | Type of Transaction: | SUBDIVISION/NEW CONSTRUCTION |
| Book/Page: | A125/2407 | Deed Type: | |
| Consideration: | ESTIMATED | Percent Transferred: | |
| Mortgage Amount: | $177,950.00 | Mortgage Type: | CONVENTIONAL MORTGAGE DEED |
| Mortgage Term: | 15 | Mortgage Deed Type: | |
| Mortgage Date: | 09/29/2006 | Mortgage Due Date: | 10/01/2021 |
| Mortgage Assumption Amount: | | Interest Rate: | |
| 2nd Mortgage Amount: | | 2nd Mortgage Type: | |
| 2nd Mortgage Deed Type: | | | |
| Lender Name: | ABN AMRO MTG GRP INC | Lender Address: | TROY, MI 48084 MORTGAGE |
| Construction Type: | NEW CONSTRUCTION | Purchase Payment: | |
| Title Company: | FIDELITY NATIONAL TITLE INSURA | Seller Carryback: | |
| Private Party Lender: | | Foreclosure Sale: | |
| Construction Loan: | | Refinance Loan: | |
| InterFamily Transaction: | | Equity Loan: | |
| Multiple Parcel Sale: | | Number of Parcels: | |

Possible Property Owners of Subject's Addresses

**9419 ENDEE RD NW ALBUQUERQUE, NM 87120**

| **DEED TRANSFER** - BERNALILLO County | 12/30/2005 | | |
|---|---|---|---|
| Situs Address: | 9419 ENDEE RD NW ALBUQUERQUE, NM 87120-1752 | Mailing Address: | PO BOX 13900 ALBUQUERQUE, NM 87192-3900 |
| Owner: | FULLER HOMES INC | Co-Owner Name: | |
| Owner Rights: | | Owner Relationship: | COMPANY / CORPORATION |
| Absentee Owner: | | Corporate Owner: | CORPORATE OWNER |
| | | Partial Interest: | |
| Additional Owner 1: | FULLER HOMES INC | Additional Owner 2: | |

https://clear.thomsonreuters.com/clr/a/ExportRenderer?key=HTML_8a41188448afeb6501...   9/30/2014

| | | | |
|---|---|---|---|
| Owner 1 Relationship: | | Owner 2 Relationship: | |
| Ownership 1 Rights: | COMPANY / CORPORATION | Ownership 2 Rights: | |
| Property Type: | VACANT | Land Use: | VACANT LAND (NEC) |
| Building Square Feet: | | APN Sequence Number: | 001 |
| Unformatted APN: | 100905807914032503 | Formatted APN: | 1-009-058-079-140-3-25-03 |
| Original APN: | 100905807914032503 | Formatted APN - IRIS: | 1-009-058-079140-3-25-03 |
| FIPS Code: | BERNALILLO | FIPS State Code: | NEW MEXICO |
| County: | BERNALILLO | State: | |
| Transaction Date: | 12/30/2005 | Seller Name: | WESTLAND DEV CO INC |
| Recording Date: | 01/09/2006 | Sale Price: | $235,011.00 |
| Document Number: | 3226 | Type of Transaction: | RESALE |
| Book/Page: | A110/3202 | Deed Type: | WARRANTY DEED |
| Consideration: | ESTIMATED | Percent Transferred: | |
| Mortgage Amount: | $176,700.00 | Mortgage Type: | CONVENTIONAL |
| Mortgage Term: | | Mortgage Deed Type: | MORTGAGE DEED |
| Mortgage Date: | 12/28/2005 | Mortgage Due Date: | |
| Mortgage Assumption Amount: | | Interest Rate: | FIXED RATE LOAN |
| 2nd Mortgage Amount: | | 2nd Mortgage Type: | |
| 2nd Mortgage Deed Type: | | | |
| Lender Name: | FIRST HORIZON HM LN CORP | Lender Address: | ALBUQUERQUE, NM 87120 |
| Construction Type: | SALE IS A RE-SALE | Purchase Payment: | MORTGAGE |
| Title Company: | FIDELITY NATIONAL TITLE INSURA | Seller Carryback: | |
| Private Party Lender: | | Foreclosure Sale: | |
| Construction Loan: | | Refinance Loan: | |
| InterFamily Transaction: | | Equity Loan: | |
| Multiple Parcel Sale: | | Number of Parcels: | |

Report section(s) with no matches

> Possible Death Records, Possible Other SSNs Associated with Subject, Possible Other Records/Names Associated with Subject's SSN, Possible SSN & Current Address Fraud Alerts, Possible Businesses Registered at Subject's Addresses, Possible Driver's Licenses, Possible Vehicles Registered to the Subject, Possible Vehicles Registered at Subject's Addresses, Possible Waterfront Residency, Possible Foreclosures, Possible Watercraft, Possible FAA Aircraft Registrations, Possible Unclaimed Assets, Possible Arrests, Possible Real-Time Incarceration & Arrest Records, Possible Infractions, Possible UCC Filings, Possible Bankruptcies, Possible Liens & Judgments, Possible Lawsuits, Possible Dockets, Possible Military Records, Possible Licenses, Possible Significant Shareholders, Possible Political Donors, Possible Voter Registrations, Possible Marriages, Possible Divorces