RIO ARRIBA COUNTY DETENTION CENTER



Inmate Screening



Inmate Number   13157

Screening Date Time   03/11/2014 22:31   Social Security Number   8889   Inmate Name   TAFOYA, MICHAEL

Employee   MARTINEZ, ANTHONY   Date Of Birth   1987   Inmate Screening #   00004786

## I. SUBSTANCE USE/ABUSE

1. Signs of being under the influence of Alcohol/Drugs? - Y/N   N   Specify Symptoms
2. Signs of Substance Withdrawel? - Y/N   N
3. Do you use alcohol/drugs? - Y/N   N   Type

   Regulary?   Amount?   Last 24 hours?   Amount?

4. Are you currently taking methadone/suboxin? - Y/N   N
5. Are you currently taking prescription medication? - Y/N   N

   Your own? - Y/N   N   If yes, what?   Often?   Last Used?

   Someone elses? - Y/N   N   If yes, what?   Often?   Last Used?

6. Do you get sick when you stop using alcohol/drugs? - Y/N   N

   Sypmtoms Experienced

## II. SUICIDE RISK

1. Have you felt like hurting yourself in the past? - Y/N   N

   If so when and how?

2. Do you feel like hurting or killing yourself now (suicide or self-harm)? - Y/N   N

3. Has there been anyone in your family or close friend that has attempted or commited suicide? - Y/N   N

5. Have you suffereed a recent loss of someone in your life? - Y/N   N

   If so who and when?

6. OBSERVATION OF STAFF:

   Is subject stressed or embarresed? - Y/N   Y   Is subject withdrawn or non-communicative? - Y/N   N
   Is subject nervous or restless? - Y/N   Y   Does subject have minimum levels of conciousness? - Y/N   N

7. INFORMATIONAL:

   Does the arresting or transporting officer/s have concerns regarding the subject's threat to self or threat to others? - Y/N   N
   Was the subject a prior suicide risk during previous contact of confinement with the agency? - Y/N   N

8. Has inmate reported Loss Of Conciousness?- Y/N   N   If yes, when?

GOVERNMENT EXHIBIT 11

NOTICE: A 'YES' to any of the above 8 statements requires a MANDATORY REFERRAL for further evaluation.



Inmate Name   TAFOYA, MICHAEL
Inmate Number   13157



### III. MENTAL HEALTH SCREENING:

1. Does the subject display behavior indicating being mentally challenged? - Y/N   N

2. Does the subject show signs of:
   Depression ☑   Anxiousness ☐   Anger ☐   Fear ☑

3. Does the subject hold a position of respect or authority in the community? - Y/N   N
   If so, add to risk of suicide

4. Has the subject suffered a traumatic brain injury? - Y/N   N
   If so, when and how?

5. Is the subject now or in the past on psychotropic medications? - Y/N   N
   If so, what and when?

6. Is the subject now or in the past treated or hospitalized for behavioral health reasons? - Y/N   Y
   If so, for what and when?   NERVOUS BREAKDOWN SF NEW MEXICO

7. Subjective Mental Health Observations:

   | Category | | | | | |
   |---|---|---|---|---|---|
   | Facial: | Normal ☑ | Sad ☑ | Flat ☐ | Worried ☐ | Avoids gaze ☐ |
   | Dress: | Normal ☑ | Meticulous ☐ | Poor hygiene ☐ | Eccentric ☐ | Seductive ☐ |
   | Motor Activity: | Normal ☑ | Agitation ☐ | Tremors ☐ | Muscle stiffness ☐ | |
   | Speech: | Normal ☑ | Slurred ☐ | Slowed ☐ | Rapid ☐ | Stuttering ☐ |
   | Interview Behavior: | Normal ☑ | Angry ☐ | Impulsive ☐ | Withdrawn ☐ | Passive ☐ |
   | Flow of Thought: | Normal ☑ | Flight of ideas ☐ | Loose association ☐ | | |
   | Mood / Affect: | Normal ☑ | Anxious ☐ | Flat ☐ | Elevated ☐ | Depressed ☐ |

   Orientation:   Time   Place ☐   Person ☐   Event ☐
   Insight / Judgement:   Normal ☑   Doesn't know why he/she is here?
   Thought Content:   Appears to have visual and/or auditory hallucinations?   N

   COMMENTS:

### IV. PREA CONCERNS

(All information obtained in the section will be included in the final decision for custody status and housing assignment upon compl "Initial Screening Form", "Initial Custody Assessment Scale", and the "Custody Reassessment Scale", respectively.)

1. Has the inmate/detainee been involved in a sexual related offense prior to detention or while in detention either as a victim or as an assailant? - N

COMMENT:



TAFOYA, MICHAEL

V. MEDICAL HEALTH SCREENING

1. Have you just come from the Emergency Room, Doctor's Office or medical furlough?- Y/N   N

    If so, for what?

   Head Trauma? ☐
   Loss of Conciousness? ☐

2. Do you have medical or dental problems needing immediate attention? - Y/N   N

    If so, for what?

10161 MARTINEZ, A             03/11/2014 22:36             RACO Jail_0014   Page: 3

Inmate Name: TAFOYA, MICHAEL

3. Do you wear glasses or contact lenses? - Y/N   N

4. Do you have them with you? - Y/N   N

Contact lenses - provide solution, container, and pass/permit

Glasses   Frame: Intact? ☐   Lenses: Intact? ☐
                  Broken? ☐            Broken? ☐

5. Medical History as Reported by Subject/Inmate:

| Question | Y/N | Notes |
|---|---|---|
| Current treatment for medical problems? - Y/N | N | |
| Use of prescription medication? - Y/N | N | |
| Special prescribed diet? - Y/N | N | |
| Recent hospitalization? - Y/N | N | Medical or Mental? |
| Recent head injury? - Y/N | N | |
| Recent blackouts/fainting? - Y/N | N | |
| Unconscious? - Y/N | N | |
| Reported Pain? - Y/N | Y | Where? Onset? Tx?  THUMB AND BACK PAIN |
| Chronic Cough? - Y/N | N | |
| Chronic Diarrhea? - Y/N | N | |
| Current itching/skin rash/open wounds/abscess? - Y/N | N | |
| Breeding/draining wounds? - Y/N | N | |
| Heart Condition? - Y/N | N | |
| Diabetes? - Y/N | N | HTN? Hyperlipidemia? |
| Epilepsy/seizures? - Y/N | N | |
| Asthma? - Y/N | N | |
| History of ulcers? - Y/N | N | Stomach or skin? |
| History of/Exposure to tuberculosis? - Y/N | N | |
| History of/Exposure to sexually transmitted disease? - Y/N | N | |
| History of hepatitis/jaundice? - Y/N | N | |
| AIDS/HIV - Y/N | N | |
| Allergies? - Y/N | N | Medications? Food? Environmental? |
| Dental Problems? - Y/N | N | |
| Physical handicap? - Y/N | N | |
| Restricted mobility? - Y/N | N | |
| Vermin/Lice? - Y/N | N | |
| Lesions/bruises/opther signs of physical injury? - Y/N | N | |

COMMENTS:

Sex  Male                                                                                    Inmate Name  TAFOYA, MICHAEL

## VI. FEMALE SPECIFIC:

1. Are you pregnant? - Y/N

    If so, how far along?

    Have you started pre-natal care? - Y/N

    Do you have a doctor? - Y/N

    If so, who?

2. Have you recently had a baby, miscarriage, or abortion? - Y/N

    If so, what procedure and when?

## VII. PHYSICAL INJUST CHART (Observable abrasions, abcesses, burns, contusions, lacerations, scrathes, spains, casts, tattoos, etc., UNHEALED OR NEW)

Narrative
ABRASIONS
ABCESSES
BURNS
CONTUSIONS
LACERATIONS
SCRATCHES
SPRAINS
CASTS
BRUISES
TATTOOS

## VIII. IN CASE OF EMERGENCY, WHO SHOULD WE CONTACT?  Y

Whom?  ☑  Name:     DARLENE CARTER
Family? ☑  Relation: GRANDMOTHER
Phone?  ☑  Numbers?  [REDACTED]
Address? ☐ Comment

## IX. Primary language spoken:

English ☑
Spanish ☐
Other   ☐

Comment

_____        Date                    _____   Date
                                03/11/2014 22:36

10161 MARTINEZ, A