IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 14-CR-2783 JB |
| ) | |
| THOMAS R. RODELLA, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF ROBERT J. GORENCE IN SUPPORT OF DEFENDANT'S SECOND MOTION FOR NEW TRIAL

STATE OF NEW MEXICO )
)
COUNTY OF BERNALILLO )

I, **ROBERT J. GORENCE**, being duly sworn, declares and states as follows:

1. I am an attorney at law licensed to practice in the State of New Mexico. I was retained by Mr. Rodella to defend him in the above-referenced criminal action.

2. Mr. Rodella desired a speedy trial and, after his assertion of his speedy trial right, the court promptly set the matter for trial thirty-eight (38) days after Mr. Rodella's arraignment.

3. I prepared for trial in earnest in thirty-eight (38) days and with the assistance of my partner, Louren Oliveros, as co-counsel, as well as Andrea Harris an associate in my law office, I retained an investigator and two experts. In my preparation for trial, I never received from the government nor Mr. Bowles any of the VA medical records pertaining to Thomas Rodella, Jr. I listed Mr. Rodella, Jr., on Mr. Rodella's Trial Witness List on September 10, 2014 (Doc. 61). I never contemplated that the government would cross-examine him with regard to his VA medical records. I was under the belief that the government dismissed the case against

Mr. Rodella, Jr., after AUSA Neda realized that Mr. Rodella had received a traumatic brain injury while serving his country.

4. Had I received Mr. Rodella, Jr.'s VA medical records, I would have, without exception, retained an expert to evaluate the diagnosis, prognosis, and significance of the information contained within the VA medical records.

5. At trial, I was completely ambushed by AUSA Neda's use of the VA medical records and I did not have sufficient time, with one hour to understand the import of the medical information, nor did I have time to consult an expert who could have assisted me.

FURTHER AFFIANT SAYETH NOT.

_____
Robert J. Gorence

Subscribed to and sworn before me on this 16th day of January, 2015, by Robert J. Gorence, at Albuquerque, New Mexico.



_____
Notary Public

OFFICIAL SEAL
MELODY TILSON
Notary Public
State of New Mexico
My Comm. Expires 10/26/2018