IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No. 14-2783 JB |
| | ) | |
| **TOMMY RODELLA,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF UNAVAILABILITY

Undersigned counsel hereby notifies the Court and the parties that she will not be available February 17 and February 18, 2015. Undersigned counsel respectfully requests that, if possible, any court proceedings be scheduled outside of this time period.

                              Respectfully submitted,

                              DAMON P. MARTINEZ
                              United States Attorney

                              */s/ Electronically filed*
                              TARA C. NEDA
                              Assistant United States Attorney

I HEREBY CERTIFY that on January 22, 2015, I filed the foregoing electronically through the CM/ECF system, which caused defense counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Electronically filed*
TARA C. NEDA
Assistant United States Attorney