

**State of New Mexico**
**House of Representatives**
STATE CAPITOL
Santa Fé

**ROBERTO "BOBBY" J. GONZALES**
D-Taos
District 42

6193 NDCBU
Taos, NM 87571
Constituent Phone: (575) 751-1467
Cell: (575) 770-3178
E-mail: roberto.gonzales@nmlegis.gov

**COMMITTEES:**
Chair: Transportation & Public Works
Energy & Natural Resources

**INTERIM COMMITTEES:**
Chair: Transportation Infrastructure Revenue Subcommittee
Science, Technology & Telecommunications
Mortgage Finance Authority Act Oversight
New Mexico Finance Authority Oversight
*Advisory Member:*
Investments & Pensions Oversight
Legislative Council
Public School Capital Outlay Oversight Task Force

December 2, 2014

The Honorable Judge James O. Browning
United States District Court
333 Lomas Blvd., NW
Albuquerque, New Mexico 87102

Dear Judge Browning:

I have known Tommy Rodella for many years. He is the husband of Representative Debbie Rodella who has served in the House of Representatives for many years.

Tommy has been a public servant, as a state policeman protecting the citizens of New Mexico and has been very active in his community. He cares about his county and his state and has been very active in many organizations to benefit the people of Rio Arriba.

He loves his wife and family and incarceration for any length of time would be detrimental to the whole community, as well as his family and friends.

Respectfully Submitted,

Roberto "Bobby" J. Gonzales

House of Representatives
State of New Mexico
Santa Fe

State Capitol, Room 100
Santa Fe, NM 87501

87102220560

ll..l..l..l..llll....ll..l..ll

The Honorable Judge James O. Browning
United States District Court
333 Lomas Blvd., NW
Albuquerque, New Mexico 87102