UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
SENTENCING MINUTE SHEET

| | | | | | | |
|---|---|---|---|---|---|---|
| CR No. | 14-2783-001 | | USA v. | Rodella | | |
| Date: | 1/21/15 | | Name of Deft: | Thomas R. Rodella | | |
| Before the Honorable | | James O. Browning | | | | |
| Time In/Out: | 9:04 a.m./10:05 a.m. 10:21 a.m./10:56 a.m. | | Total Time in Court: | 1:36 | | |
| Clerk: | K'Aun Wild | | Court Reporter: | Jennifer Bean | | |
| AUSA: | Tara Neda/Jeremy Pena | | Defendant's Counsel: | Robert Gorence (Retained) | | |
| Sentencing in: | ABQ | | Interpreter: | N/A | | |
| Probation Officer: | Melissa Pedraza/ Loyola Garcia | | Sworn? | Yes | | No |
| Convicted on: | | Plea | X Verdict | As to: | Information | X Indictment |
| Plea: | | Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | Counts 1 and 2 | |
| Plea Agreement: | | Accepted | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | September 9, 2014 | | | PSR: | Not Disputed | X Disputed |
| PSR: | X | Court Reviewed PSR Factual Findings and USSG Calculations and Adopts as Its Own | | Evidentiary Hearing: | X Not Needed | Needed |
| Exceptions to PSR: | None | | | | | |

| | |
|---|---|
| SENTENCE IMPOSED | Imprisonment (BOP): 121 months (a term of 37 months is imposed as to Count 1; at term of 84 months is imposed as to Count 2; said terms shall run consecutively) |
| Supervised Release: 3 years (imposed as to each Counts 1 and 2; said terms shall run concurrently) | Probation:            500-Hour Drug Program |

SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| | Participate in outpatient substance abuse program | | Register as sex offender |
| | Participate in outpatient mental health program | | Participate in sex offender treatment program |
| | No alcohol or other forms of intoxicants | | Possess no sexual material |
| X | Submit to search of person/property | | No computer with access to online services |
| X | No contact with *victim*(s) and/or co-Deft(s) | | No contact with children under 18 years |
| | No entering, or loitering near, victim's | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |
| | OTHER: | | |

| Fine: $ | 200,000.00 (due immediately) | Restitution: $ | The Court finds the Mandatory Restitution Act of 1996 is applicable in this case. Restitution in the amount of $7,135.88 to the State of New Mexico Victim's Reparation Commission and $3,200.00 to the victim M.T. for lost wages is ordered in this case. Payments should be paid to the United States Court Clerk and forwarded to the Crime Victim's Reparation Commission at 8100 Mountain Road, N.E., Suite 106, Albuquerque, New Mexico 87100; Attn.: Jacqueline Sanchez, Restitution Officer and the victim M.T. The restitution will be paid monthly of no less than $500.00 per month, or 15% of his gross family household income, whichever is greater. |
|---|---|---|---|
| SPA: $ | 200.00 | Payment Schedule: | **X** Due Immediately    Waived |

| OTHER: | |
|---|---|

| X | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| X | Held in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | | **The Court recommends a facility to accommodate the Defendant's law enforcement status, so as not to require segregation.** |
| | Dismissed Counts: | | |
| | OTHER COMMENTS | | Court confirms that the Addendum has satisfied all factual objections; defense counsel confirms. Court overrules objections to paras. 20, 23 and 24.<br>**OBJECTION TO SERIOUS BODILY INJURY APPLICATION (2A2.2):**<br>Defense counsel informs will rely on briefing in support of argument; AUSA has no argument re: same; defense counsel has no further argument re: same; Court overrules objection.<br>**OBJECTION TO PARA. 29 (PHYSICAL RESTRAINT ENHANCEMENT) (3A1.3):**<br>Defense counsel argues in support of same; AUSA Neda argues in response in opposition to same; defense counsel has no further argument re: same; Court overrules objection.<br>**OBJECTION TO PARA. 30 (ROLE IN OFFENSE) (3B1.1(c)):**<br>Counsel rely on briefing in support of arguments re: objection; Court overrules objection re: same.<br>**OBJECTION TO PARA. 31 (OBSTRUCTION OF JUSTICE) (3C1.1):**<br>Defense counsel argues in support of objection re: same; AUSA Neda argues in response in opposition to same; defense counsel has no further argument re: same; Court sustains objection as to financial records, but overrules as to falsification of report.<br>**DEFENDANT'S REQUEST FOR DOWNWARD DEPARTURE:**<br>9:28 a.m.   Defense counsel argues in support of same; AUSA Neda argues in response in opposition to same; defense counsel has no further argument re: same; |

|  | Court denies request for downward departure – will take arguments re: same into account in context of request for variance.<br>**DEFENDANT'S REQUEST FOR VARIANCE:**<br>9:41 a.m.   Defense counsel argues in support of request for downward variance; Court queries defense counsel/Defendant re: assets.<br>9:59 a.m.   Defendant allocutes.   10:01 a.m. AUSA Neda addresses Court.<br>**Court in recess:   10:05 a.m.**<br>**Court in session:   10:21 a.m.**<br>Court announces proposed sentence; varies downward; provides findings to support imposition of special conditions. AUSA requests Defendant be instructed not to encumber or alienate his assets.  Court informs Defendant not to do anything that will disrupt Court's order. Defense counsel requests recommendation to accommodate the Defendant's law enforcement status, so as not to require segregation. |
|---|---|