**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.: 14-CR-2783 JB** |
| | ) | |
| **THOMAS R. RODELLA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF GOOD STANDING AND ENTRY OF APPEARANCE**

Pursuant to D.N.M.LR-Cr. 44.1(e), the undersigned counsel certifies that the following

attorney who is not a member of the Bar of the United States District Court for the District of New

Mexico ("Federal Bar") is a member in good standing of the Bars listed below and has associated

with an attorney who is a member of the Federal Bar:

John Cline, who is a member in good standing of the Bar of California.

Please enter the appearance of John Cline as co-counsel for Defendant Thomas R. Rodella

in this matter.  Undersigned counsel will accept service and continue in the action as co-counsel

with Mr. Cline.  Undersigned counsel understands that Mr. Cline has filed the required ECF notice

and has paid the association fee.

Respectfully submitted,

/s/ *Robert J. Gorence 01/29/15*
Robert J. Gorence
Gorence & Oliveros, P.C.
1305 Tijeras Avenue, NW
Albuquerque, NM 87102
gorence@gopcfirm.com
Phone:  (505)  244-0214
Fax:  (505) 244-0888

*Co-Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing pleading was emailed to counsel of record by CM/ECF this 29th day of January, 2015.

/s/ *Robert J. Gorence*
Robert J. Gorence