IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No.: 14-CR-2783 JB |
| | ) | |
| **THOMAS R. RODELLA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION REQUESTING THE COURT TO CONDUCT AN *IN CAMERA* REVIEW OF THE GRAND JURY PROCEEDINGS [DOC. 36]

The Defendant, Thomas R. Rodella, by his attorneys, Robert J. Gorence and Louren Oliveros of Gorence & Oliveros, P.C., hereby submits this Notice advising the Court that he withdraws his Motion Requesting the Court to Conduct an *In Camera* Review of the Grand Jury Proceedings Which Resulted in the Indictment of Thomas R. Rodella to Determine if the Grand Jury was Appropriately Instructed with Regard to Count 4 and, in the Event that the Grand Jury was Misinstructed, to Dismiss that Count Without Prejudice, Doc. 36, filed September 4, 2014.

Respectfully submitted,

*/s/ Robert J. Gorence* _____
Robert J. Gorence
Louren Oliveros
Gorence & Oliveros, P.C.
1305 Tijeras Avenue, NW
Albuquerque, NM 87102
Phone: (505) 244-0214
Fax: (505) 244-0888
Email: gorence@golaw.us
Email: oliveros@golaw.us

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing pleading was emailed to counsel of record by CM/ECF this 3rd day of February, 2015.

*/s/ Robert J. Gorence*
Robert J. Gorence