# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CLERK'S MINUTES

**BEFORE DISTRICT JUDGE JAMES O. BROWNING**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 14-2783 JB | **DATE:** | January 20, 2015 |
| **CASE CAPTION:** | USA v. Rodella | | |
| **CRD:** | K. Wild | **COURT REPORTER:** | J. Bean |
| **COURT IN SESSION:** | 10:27 a.m.<br>1:01 p.m. | **COURT IN RECESS:** | 12:01 p.m. = 1:34<br>1:41 p.m. = :40<br>**TOTAL = 2:14** |

**TYPE OF PROCEEDING:** Motion Hearing (see below)

**COURT'S RULING/DISPOSITION:**
1. Second Motion for a New Trial [160] – **DENIED WITHOUT PREJUDICE**
2. Motion for Continuance of Sentencing [161] - **DENIED**

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:** Court

| **ATTORNEYS PRESENT FOR PLAINTIFF(S):** | **ATTORNEYS PRESENT FOR DEFENDANT(S):** |
|---|---|
| Tara Neda/Jeremy Pena, AUSAs | Robert Gorence (Retained) |

## PROCEEDINGS

**COURT IN SESSION:** 10:27 a.m.

**COURT:** Calls case. Counsel enter appearances. Defendant present (in custody).

### SECOND MOTION FOR A NEW TRIAL [160]

**Court:** Will first take up motion for new trial.

**Mr. Gorence:** Argues in support of motion; moves to continue this hearing as well.

**10:43 a.m. Ms. Neda:** Argues in opposition to motion for new trial and the motion to continue hearing re: motion for new trial.

**11:00 a.m. Mr. Gorence:** Argues in reply in further support of motions.

**11:11 a.m. Court:** Denies motion to continue this hearing without prejudice for renewal.

**Mr. Gorence:** Proffers anticipated testimony of Jason Bowles – will rely briefing on motion for new trial – argues in support of same.

**11:46 a.m. Mr. Gorence:** Defendant calls Jason Bowles (sworn)/conducts direct examination.

**11:57 a.m.   Ms. Neda:**   Conducts cross examination of Bowles.

**12:01 p.m.   Mr. Gorence:**   No further examination of Bowles.

**Court:**   Excuses Bowles from proceeding.   Will recess until 1:00 p.m.

**Court in recess:   12:01 p.m.**

**Court in session:   1:01 p.m.**

**Mr. Gorence:**   No further evidence to present.   Argues further in support of motion.

**1:18 p.m.   Ms. Neda:**   Argues in response in opposition to motion.

**1:18 p.m.   Mr. Gorence:**   No further argument on motion.

**1:18 p.m.   Court:**   Denies motion.   Asks if given ruling if there is any reason not to proceed with sentencing tomorrow?

## **MOTION FOR CONTINUANCE OF SENTENCING [161]**

**1:36 p.m.   Mr. Gorence:**   No.   Argues further in support of motion for new trial.

**Ms. Neda:**   No argument on motion to continue trial.

**Court:**   Denies motion.

**Court:   1:41 p.m.**