IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                                                           No. CR 14-2783 JB

THOMAS R. RODELLA and
THOMAS R. RODELLA, JR.,

      Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Motion for Continuance of Sentencing, filed January 16, 2015 (Doc. 161)("Motion"). The Court held a hearing on January 20, 2015. At the hearing, the Court first ruled on the Second Motion for a New Trial, filed January 15, 2015 (Doc. 160)("New Trial Motion"), and denied the New Trial Motion. See Transcript of Hearing at 86:19-24 (taken January 20, 20115)("Tr.")(Court).[1] After denying the New Trial Motion, Defendant Thomas R. Rodella conceded that there was no sound reason to continue the sentencing hearing. See Tr. at 89:7-10 (Gorence, Court)("Given the Court's ruling, is there any reason not to proceed then with the sentencing tomorrow, Mr. Gorence, your second motion? Mr. Gorence: No, Your Honor."). Accordingly, the Court denied the Motion. See Tr. at 94:7-8 (Court). Thus, for the reasons stated on the record, the Court will deny the Motion.

**IT IS ORDERED** that the Motion for Continuance of Sentencing, filed January 16, 2015 (Doc. 161), is denied.

---

[1] The Court's citations to the transcript of the hearing refer to the court reporter's original, unedited version. Any final transcript may contain slightly different page and/or line numbers.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Damon P. Martinez
  United States Attorney
Tara C. Neda
Jeremy Peña
  Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Robert J. Gorence
Louren M. Oliveros
Gorence & Oliveros PC
Albuquerque, New Mexico

    *Attorneys for the Defendant*