# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



Matthew J. Dykman
Clerk of Court

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

Divisional Offices

106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

February 6, 2015

Elisabeth Shumaker, Clerk
United States Court of Appeals
For the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257

Re: *USA v. Thomas R. Rodella, CR 14-2783 JB*

Dear Ms. Shumaker,

    A Notice of Appeal was filed in the above referenced case. Enclosed is the preliminary record which consists of the Notice of Appeal filed February 6, 2015, Judgment filed February 6, 2015, and a copy of the docket entries.

    The docket and appeal fee has been paid.

    Counsel for appellant is required to retrieve the appropriate forms for the notice of appeal by referring to the US Court of Appeals for the Tenth Circuit website at www.ca10.uscourts.gov. and select Appeal Forms.

Sincerely,

Matthew J. Dykman, Clerk
of the United States District Court
for the District of New Mexico