# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
Clerk of Court

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

February 10, 2015

Elisabeth Shumaker, Clerk
United States Court of Appeals
For the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257

Re: *USA v. Thomas R. Rodella, CR 14-2783 JB; USCA No. 15-2023*

Dear Ms. Shumaker,

     Enclosed please find the supplemental preliminary record consisting of the Amended Judgment filed February 9, 2015.

Sincerely,

Matthew J. Dykman, Clerk
of the United States District Court
for the District of New Mexico