14cr2783JB



**Fw: Michael Tafoya**
Loyola Garcia to: K'Aun Wild
02/04/2015 08:32 AM

Good Morning K'Aun:

This letter came to me yesterday afternoon. It appears the Crime Victim's Reparation has paid the victim's Loss of Wages in this case. However, it looks like they paid more than the victim originally requested from us. Our office was not made aware of this until after sentencing and the documentation came in yesterday. If I remember Judge Browning closed the restitution on this matter; however, I still need to notify the court and find out how the Judge would like us to proceed. Thank you

----- Forwarded by Loyola Garcia/NMP/10/USCOURTS on 02/04/2015 08:43 AM -----

| | |
|---|---|
| From: | "Morga, Samantha, CVRC" <Samantha.Morga@state.nm.us> |
| To: | "Perry, Anita (USANM)" <Anita.Perry@usdoj.gov> |
| Cc: | "Neda, Tara (USANM)" <Tara.Neda@usdoj.gov>, "Loyola_Garcia@nmcourt.fed.us" <Loyola_Garcia@nmcourt.fed.us> |
| Date: | 02/03/2015 04:08 PM |
| Subject: | RE: Michael Tafoya |

Hello,
Attached is the letter you requested. I apologize for the delay but our database has been down a few days because they were doing programming on it.
If you need anything else please do not hesitate to ask.

**Samantha Morga, Reparation Officer**

**NM Crime Victims Reparation Commission**

8100 Mountain Road NE Suite 106

Albuquerque, NM 87110

Main: 505-841-9432

Direct: 505-222-6436

Fax: 505-841-9437

**From:** Perry, Anita (USANM) [Anita.Perry@usdoj.gov]
**Sent:** Tuesday, February 03, 2015 2:36 PM
**To:** Morga, Samantha, CVRC
**Cc:** Neda, Tara (USANM); Loyola_Garcia@nmcourt.fed.us
**Subject:** RE: Michael Tafoya

Hi Samantha. Has this letter been prepared yet? I'd like to get it to the court so they can update the restitution amount to be paid to NMCVRC. Thank you. -Anita

**From:** Morga, Samantha, CVRC [mailto:Samantha.Morga@state.nm.us]
**Sent:** Wednesday, January 21, 2015 2:42 PM
**To:** Perry, Anita (USANM)
**Subject:** RE: Michael Tafoya

I will not be able to send a letter with the total of $12,111.12 until next week since it was recently

processed. Is that ok?

Samantha Morga, Reparation Officer

NM Crime Victims Reparation Commission

8100 Mountain Road NE Suite 106

Albuquerque, NM 87110

Main: 505-841-9432

Direct: 505-222-6436

Fax: 505-841-9437

**From:** Perry, Anita (USANM) [Anita.Perry@usdoj.gov]
**Sent:** Wednesday, January 21, 2015 2:08 PM
**To:** Morga, Samantha, CVRC
**Cc:** Neda, Tara (USANM); Loyola_Garcia@nmcourt.fed.us
**Subject:** RE: Michael Tafoya

Yes, please send me a letter including the updated figures. The defendant was sentenced today and the Judge ordered him to pay CVRC $7,000, but we may be able to update that figure.

**From:** Morga, Samantha, CVRC [mailto:Samantha.Morga@state.nm.us]
**Sent:** Wednesday, January 21, 2015 1:14 PM
**To:** Perry, Anita (USANM)
**Subject:** RE: Michael Tafoya

Anita,

We will be reimbursing Michael the following:

Loss of wages (16 weeks) $4,800.24
Timeframe for loss of wages is September 1st to December 29, 2014 (date doctor signed return to work status form). The week of the trial was not included because we already reimbursed him for that.

Travel to UNM for medical appointments (5 trips) $175.00
8/11-11/3/14

It may take up to six weeks before Michael will receive his check for loss of wages and travel.

To date, we have paid out $12,111.12. Do you need a letter from our agency itemizing what we have paid for restitution?

Samantha Morga, Reparation Officer

NM Crime Victims Reparation Commission

8100 Mountain Road NE Suite 106

Albuquerque, NM 87110

Main: 505-841-9432

Direct: 505-222-6436

Fax: 505-841-9437

**From:** Perry, Anita (USANM) [Anita.Perry@usdoj.gov]
**Sent:** Wednesday, January 21, 2015 11:54 AM
**To:** Morga, Samantha, CVRC
**Subject:** RE: Michael Tafoya

Samantha,

Did the Board approve lost wages payment to Michael last week and if so, what was the amount and time period? Thank you.

Anita

---

click below to report this message as spam
for Loyola_Garcia@nmcourt.fed.us



report this as spam  Tafoya, Michael Rest. Ltr..pdf

# STATE OF NEW MEXICO
# CRIME VICTIMS REPARATION COMMISSION

SUSANA MARTINEZ
GOVERNOR



FRANK ZUBIA
DIRECTOR

Anita Perry
U.S. Attorney's Office
P.O. Box 607
Albuquerque, NM 87103

February 3, 2015

Date of Incident: 3/11/2014    RE:  Victim:    Tafoya, Michael
Defendant: Rodella, Thomas Sr.
DA#  14-2783JB    CRCR#                County: Rio Arriba

Dear Sir/Madam:

The above referenced victim/claimant applied to the New Mexico Crime Victims Reparation Commission for financial assistance. To date the Commission has awarded the victim or their estate/legal guardian $12,111.12 in reparation. Payment was as follows:

| | | |
|---|---|---:|
| Michael Tafoya | LOW (2 hours) 3/12/14 | $13.33 |
| University of New Mexico Hospital | Hospital Expenses (8/11-10/10/14) | $4,916.73 |
| UNM Medical Group, Inc. | Physician & Radiology Expenses (8/11-10/7/14) | $1,710.80 |
| Michael Tafoya | LOW (45 Hours) 9/22-9/26/14 | $300.02 |
| Penny Davies, Ph.D. | Counseling (3 Sessions) 6/20-7/25/14 | $195.00 |
| Michael Tafoya | LOW (16 weeks) & Travel (875 miles) 8/11-12/27/14 | $4,975.24 |
| | Total | $12,111.12 |

NMCVRC would appreciate your assistance in advising the court of this notice. Whenever an award of reparation is made pursuant to §31-22-12 NMSA 1978, the State or NMCVRC is entitled to restitution of any payments made by our agency.

If the defendant has been convicted, please e-mail a copy of the Judgement and Sentence to me at JacquelineC.Sanchez@state.nm.us

If you have any questions or concerns, please contact me. Thank you in advance for your assistance with this matter.

Sincerely,

Jacqueline C. Sanchez, Restitution Officer
(505)222-6455

8100 MOUNTAIN ROAD NE, SUITE 106 • ALBUQUERQUE, NM 87110
505-841-9432 (phone) • 505-841-9437 (fax)