## UNITED STATES DISTRICT COURT

| | |
|---|---|
| **United States**<br>    Plaintiff-Appellee,<br>v.<br>**Thomas R. Rodella**<br>    Defendant-Appellant. | District Court No. 14-CR-2783 JB<br><br>Court of Appeals No.<br><br>15-2023<br>(if known) |

**NOTE:   THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

    Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals.   (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)
    The following items should also be included in the record on appeal.   (Portions of transcripts should be designated by hearing dates and page numbers.)

1._____

2._____

3._____

4._____

5._____

(Attach additional sheets if necessary)

Signature:   /s/ John D. Cline

Counsel for: Appellant Thomas Rodella

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on Feb. 17, 2015.

Signature:   /s/ John D. Cline

APPEAL

# U.S. District Court
## District of New Mexico – Version 6.1 (Albuquerque)
## CRIMINAL DOCKET FOR CASE #: 1:14-cr-02783-JB All Defendants

| | |
|---|---|
| Case title: USA v. Rodella et al | Date Filed: 08/12/2014 |
| | Date Terminated: 01/21/2015 |

Assigned to: District Judge James O. Browning

Appeals court case number: 15-2023 Tenth Circuit USCA

### Defendant (1)

| | | |
|---|---|---|
| **Thomas R. Rodella**<br>*TERMINATED: 01/21/2015* | represented by | **Robert J. Gorence**<br>Gorence &Oliveros PC<br>1305 Tijeras NW<br>Albuquerque, NM 87102<br>505-244-0214<br>Fax: 505-244-0888<br>Email: gorence@golaw.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**John Cline**<br>235 Montgomery St.<br>Suite 1070<br>San Francisco, CA 94104<br>415-322-8319<br>Fax: 415-524-8265<br>Email: cline@johndclinelaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Louren M Oliveros**<br>Gorence &Oliveros PC<br>1305 Tijeras NW<br>Albuquerque, NM 87102<br>505-244-0214<br>Fax: 505-244-0888<br>Email: oliveros@golaw.us<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18 USC 242: DEPRIVATION OF RIGHTS<br>(1s) | SENTENCE IMPOSED: CBOP 121 months – a term of 37 months is imposed as to Count 1; a term of 84 months is imposed as to Count 2, said terms shall run consecutively; 3 years supervised release w/special conditions; SPA $200.00; fine of $200,000.00; restitution of $7,135.88 and $3,200.00 for lost wages; defendant in custody |
| 18 USC 924(c)(1)(A)(ii): BRANDISHING A FIREARM<br>(2s) | SENTENCE IMPOSED: CBOP 121 months – a term of 37 months is imposed as to Count 1; a term of 84 months is imposed as to Count 2, said terms shall run consecutively; 3 years supervised release w/special conditions; SPA $200.00; fine of |

$200,000.00; restitution of $7,135.88 and $3,200.00 for lost wages; defendant in custody

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
| --- | --- |
| 18:241: Conspiracy Against Free Exercise of Civil Rights; (1) | dismissed |
| 18:242: Deprivation of Rights and 18:2 Aiding and Abetting; (2) | dismissed |
| 18:924(c)(1)(A)(ii): Brandishing a Firearm; (3) | dismissed |
| 18:1519: Falsification of Documents (4) | dismissed |

### Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
| --- | --- |
| None | |

---

Assigned to: District Judge James O. Browning

### Defendant (2)

**Thomas R Rodella, Jr**  
*TERMINATED: 09/05/2014*

represented by **Jason Bowles**  
Bowles Law Firm  
PO Box 25186  
Albuquerque, NM 87125-5186  
505-217-2680  
Fax: 505-217-2681  
Email: jason@Bowles-Lawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| Pending Counts | Disposition |
| --- | --- |
| None | |

### Highest Offense Level (Opening)

None

| Terminated Counts | Disposition |
| --- | --- |
| 18:241: Conspiracy Against Free Exercise of Civil Rights; (1) | dismissed |
| 18:242: Deprivation of Rights and 18:2 Aiding and Abetting; | dismissed |

(2)
18:1519: Falsification of Documents (5)

dismissed

### Highest Offense Level (Terminated)

Felony

### Complaints

None

### Disposition

### Intervenor

**El Centro Family Health**     represented by   **Jerry Todd Wertheim**
Jones, Snead, Wertheim &Wentworth PA
PO Box 2228
Santa Fe, NM 87504-2228
(505) 982-0011
Fax: 989-6288
Email: todd@thejonesfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Plaintiff

**USA**     represented by   **Jeremy Pena**
United States Attorney's Office
201 Third Street NW
Suite 900
Albuquerque, NM 87102
(505) 346-7274
Fax: 505-346-7296
Email: jeremy.pena@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Tara C Neda**
US Attorney's Office
District of New Mexico
PO Box 607
Albuquerque, NM 87103
505-346-7274
Fax: 505-346-7296
Email: Tara.Neda@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/12/2014 | | Judge update in case as to Thomas R. Rodella and Thomas R Rodella, Jr. District Judge James O. Browning added. (emr) (Entered: 08/13/2014) |
| 08/12/2014 | 2 | REDACTED INDICTMENT as to Thomas R. Rodella and Thomas R Rodella, Jr. (emr) (Entered: 08/13/2014) |
| 08/12/2014 | 3 | ARREST Warrant Issued as to Thomas R. Rodella. One certified copy(ies) of Indictment and ARREST Warrant with AO 442 Page 2 delivered to USMS by interoffice mail box. Copy of Indictment and ARREST Warrant placed in USPPS |

| | | |
|---|---|---|
| | | mail box. (emr) (Entered: 08/13/2014) |
| 08/12/2014 | 4 | ARREST Warrant Issued as to Thomas R Rodella, Jr. One certified copy(ies) of Indictment and ARREST Warrant with AO 442 Page 2 delivered to USMS by interoffice mail box. Copy of Indictment and ARREST Warrant placed in USPPS mail box. (emr) (Entered: 08/13/2014) |
| 08/15/2014 | | Case unsealed as to Thomas R. Rodella and Thomas R Rodella, Jr (emr) (Entered: 08/15/2014) |
| 08/15/2014 | | Arrest of Thomas R. Rodella and Thomas R Rodella, Jr (emr) (Entered: 08/15/2014) |
| 08/15/2014 | | Set Hearings as to Thomas R. Rodella, Thomas R Rodella, Jr: Initial Appearance set for 8/15/2014 at 09:30 AM in Albuquerque – 340 Pecos Courtroom before Magistrate Judge Lorenzo F. Garcia. (emr) (Entered: 08/15/2014) |
| 08/15/2014 | 5 | Clerk's Minutes before Magistrate Judge Lorenzo F. Garcia: Initial Appearance/Arraignment as to Thomas R. Rodella (1) Count 1,2,3,4 held; Detention Hearing set for 8/15/2014 at 02:00 PM in Albuquerque – 340 Pecos Courtroom; deft held in custody of USMS (Tape #:Liberty – Pecos) (kd) (Entered: 08/15/2014) |
| 08/15/2014 | 6 | Clerk's Minutes before Magistrate Judge Lorenzo F. Garcia: Initial Appearance/Arraignment as to Thomas R Rodella Jr (2) Count 1,2,5 held; Detention Hearing set for 8/15/2014 at 02:00 PM in Albuquerque – 340 Pecos Courtroom; deft held in custody of USMS(Tape #:Liberty – Pecos) (kd) (Entered: 08/15/2014) |
| 08/15/2014 | 7 | ORAL ORDER of Temporary Detention pending hearing as to Thomas R. Rodella and Thomas R Rodella, Jr by Magistrate Judge Lorenzo F. Garcia (kd) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 08/15/2014) |
| 08/15/2014 | (8) | DISCOVERY ORDER as to Thomas R. Rodella and Thomas R Rodella, Jr by Magistrate Judge Lorenzo F. Garcia (kd) (Entered: 08/15/2014) |
| 08/15/2014 | 9 | NOTICE OF ATTORNEY APPEARANCE: Robert J. Gorence appearing for Thomas R. Rodella (Gorence, Robert) (Entered: 08/15/2014) |
| 08/15/2014 | | Attorney update in case as to Thomas R. Rodella. Attorney Robert J. Gorence added. (dmw) (Entered: 08/15/2014) |
| 08/15/2014 | 10 | MOTION for Detention Hearing and Continuance by USA as to Thomas R. Rodella. (kg) (Entered: 08/15/2014) |
| 08/15/2014 | 12 | MOTION for Detention Hearing and Continuance by USA as to Thomas R Rodella, Jr. (kg) (Entered: 08/15/2014) |
| 08/15/2014 | 14 | ORDER Setting Conditions of Release by Magistrate Judge Lorenzo F. Garcia as to Thomas Rodella, Sr. (kg) (Entered: 08/15/2014) |
| 08/15/2014 | 15 | ORDER Setting Conditions of Release by Magistrate Judge Lorenzo F. Garcia as to Thomas Rodella, Jr. (kg) (Entered: 08/15/2014) |
| 08/15/2014 | 16 | Clerk's Minutes before Magistrate Judge Lorenzo F. Garcia: Detention Hearing as to Thomas R. Rodella and Thomas R Rodella, Jr held; defts released with conditions (Tape #:Liberty – Pecos) (kd) (Entered: 08/15/2014) |
| 08/15/2014 | 17 | MOTION to Unseal Indictment by USA as to Thomas R. Rodella, Thomas R Rodella, Jr. (iad) (Entered: 08/15/2014) |
| 08/15/2014 | 18 | Ex Parte Order Unsealing Indictment and All Arrest Warrants Issued on the Indictment by Magistrate Judge Karen B. Molzen (iad) (Entered: 08/15/2014) |
| 08/18/2014 | 19 | Joint MOTION for Speedy Trial *and Request for Scheduling Conference* by Thomas R. Rodella, Thomas R Rodella, Jr. (Gorence, Robert) (Entered: 08/18/2014) |

| | | |
|---|---|---|
| 08/19/2014 | 20 | NOTICE of Status Conference scheduled for 8/25/2014 at 09:00 AM in Albuquerque – 460 Vermejo Courtroom before District Judge James O. Browning. (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 08/19/2014) |
| 08/19/2014 | 21 | NOTICE OF HEARING as to Thomas R. Rodella, Thomas R Rodella, Jr: Jury Selection/Trial set for 9/15/2014 at 09:00 AM in Albuquerque – 460 Vermejo Courtroom before District Judge James O. Browning. (dmw) (Entered: 08/19/2014) |
| 08/19/2014 | 22 | NOTICE *Seeking Hyde Amendment Remedy* by Thomas R. Rodella, Thomas R Rodella, Jr (Attachments: # 1 Exhibit A – Letter)(Gorence, Robert) (Entered: 08/19/2014) |
| 08/19/2014 | | Attorney update in case as to Thomas R Rodella, Jr. Attorney Jason Bowles added. (dmw) (Entered: 08/20/2014) |
| 08/20/2014 | 23 | NOTICE *of Non–Opposition* by USA as to Thomas R. Rodella, Thomas R Rodella, Jr re 19 Joint MOTION for Speedy Trial *and Request for Scheduling Conference* (Neda, Tara) (Entered: 08/20/2014) |
| 08/20/2014 | 24 | NOTICE *of Unavailability of counsel 9/9–10 and 10/3–20/2014* by USA as to Thomas R. Rodella, Thomas R Rodella, Jr (Neda, Tara) Added dates on 8/20/2014 (dmw). (Entered: 08/20/2014) |
| 08/21/2014 | 25 | NOTICE OF ATTORNEY APPEARANCE: Louren M Oliveros appearing for Thomas R. Rodella (Oliveros, Louren) (Entered: 08/21/2014) |
| 08/21/2014 | | Attorney update in case as to Thomas R. Rodella. Attorney Louren M Oliveros added. (dmw) (Entered: 08/22/2014) |
| 08/22/2014 | 26 | NOTICE OF ATTORNEY APPEARANCE Jeremy Pena appearing for USA. *Entry of Appearance* (Pena, Jeremy) (Entered: 08/22/2014) |
| 08/22/2014 | | Attorney update in case as to Thomas R. Rodella, Thomas R Rodella, Jr. Attorney Jeremy Pena for USA added. (dmw) (Entered: 08/22/2014) |
| 08/22/2014 | 84 | ARREST Warrant Returned Executed on 8/15/2014 as to Thomas R. Rodella. (dmw) (Entered: 09/15/2014) |
| 08/22/2014 | 85 | ARREST Warrant Returned Executed on 8/15/2014 as to Thomas R Rodella, Jr. (dmw) (Entered: 09/15/2014) |
| 08/25/2014 | 110 | Clerk's Minutes for proceedings held before District Judge James O. Browning: Status Conference as to Thomas R. Rodella, Thomas R Rodella, Jr held on 8/25/2014 (Court Reporter: Jennifer Bean) (dmw) (Entered: 09/24/2014) |
| 08/26/2014 | 27 | Joint MOTION to Continue *the Trial Setting of September 15, 2014* by Thomas R. Rodella, Thomas R Rodella, Jr. (Gorence, Robert) (Entered: 08/26/2014) |
| 08/26/2014 | 28 | ORDER TO CONTINUE by District Judge James O. Browning granting 27 Joint MOTION to Continue *Trial Setting* and rescheduling on 9/22/2014 at 09:00 AM in Albuquerque – 460 Vermejo Courtroom. (dmw) (Entered: 08/26/2014) |
| 08/27/2014 | 29 | SCHEDULING ORDER by District Judge James O. Browning (dmw) Modified text on 8/28/2014 (dmw). (Entered: 08/27/2014) |
| 08/27/2014 | 30 | Unopposed MOTION to Dismiss *All Counts of the Indictment as To Defendant Thomas Rodella, Jr. Only* by USA as to Thomas R. Rodella, Thomas R Rodella, Jr. (Neda, Tara) (Entered: 08/27/2014) |
| 08/27/2014 | 31 | RESPONSE to Motion by Thomas R Rodella, Jr re 30 Unopposed MOTION to Dismiss *All Counts of the Indictment as To Defendant Thomas Rodella, Jr. Only* (Bowles, Jason) (Entered: 08/27/2014) |
| 08/27/2014 | 32 | NOTICE *of Unavailability of counsel 10/9–22/2014* by USA as to Thomas R. Rodella, Thomas R Rodella, Jr (Pena, Jeremy) Added dates on 8/27/2014 (dmw). (Entered: 08/27/2014) |

| | | |
|---|---|---|
| 08/27/2014 | 33 | RESPONSE to Motion by Thomas R Rodella, Jr re 30 Unopposed MOTION to Dismiss *All Counts of the Indictment as To Defendant Thomas Rodella, Jr. Only – Amended* (Bowles, Jason) (Entered: 08/27/2014) |
| 08/27/2014 | 34 | NOTICE *of Intention to Offer Expert Testimony* by USA as to Thomas R. Rodella, Thomas R Rodella, Jr (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Pena, Jeremy) (Entered: 08/27/2014) |
| 08/29/2014 | 35 | NOTICE *of Intention to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b)* by USA as to Thomas R. Rodella, Thomas R Rodella, Jr (Pena, Jeremy) (Entered: 08/29/2014) |
| 09/04/2014 | 36 | MOTION Requesting the Court to Conduct an In Camera Review of the Grand Jury Proceedings by Thomas R. Rodella. (Gorence, Robert) (Entered: 09/04/2014) |
| 09/04/2014 | 37 | MOTION to Disqualify Counsel *the U.S. Attorney's Office for the District of New Mexico, the Prosecutor in this Case, by Virtue of U.S. Attorney Damon P. Martinez Being a Witness* by Thomas R. Rodella. (Attachments: # 1 Exhibit 1 – Affidavit of Jake Arnold)(Gorence, Robert) (Entered: 09/04/2014) |
| 09/05/2014 | 38 | Amended MOTION to Disqualify Counsel *the U.S. Attorney's Office for the District of New Mexico, the Prosecutor in this Case, by Virtue of U.S. Attorney Damon P. Martinez Being a Witness* by Thomas R. Rodella. (Attachments: # 1 Exhibit 1 – Affidavit of Jake Arnold)(Gorence, Robert) (Entered: 09/05/2014) |
| 09/05/2014 | 39 | NOTICE *of Request for Jury to be Drawn from Northern New Mexico Jury Panel* by Thomas R. Rodella (Gorence, Robert) (Entered: 09/05/2014) |
| 09/05/2014 | 40 | ORDER by District Judge James O. Browning granting 30 Motion to Dismiss All Counts of Indictment as to Thomas R Rodella Jr (2) (dmw) (Entered: 09/05/2014) |
| 09/08/2014 | 41 | Proposed Voir Dire by USA as to Thomas R. Rodella (Pena, Jeremy) (Entered: 09/08/2014) |
| 09/08/2014 | 42 | NOTICE *of Intention to Offer Expert Testimony* by Thomas R. Rodella (Attachments: # 1 Exhibit A – Sanders CV, # 2 Exhibit B – O'Brien CV, # 3 Exhibit C – Report)(Gorence, Robert) (Entered: 09/08/2014) |
| 09/08/2014 | 43 | Proposed Voir Dire by Thomas R. Rodella (Gorence, Robert) (Entered: 09/08/2014) |
| 09/09/2014 | 44 | MOTION in Limine *Omnibus Motion in Limine* by USA as to Thomas R. Rodella. (Pena, Jeremy) (Entered: 09/09/2014) |
| 09/09/2014 | 45 | MOTION in Limine *to Permit Evidence of RASO Procedures* by USA as to Thomas R. Rodella. (Pena, Jeremy) (Entered: 09/09/2014) |
| 09/09/2014 | 46 | MOTION in Limine *to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b)* by USA as to Thomas R. Rodella. (Pena, Jeremy) (Entered: 09/09/2014) |
| 09/09/2014 | 47 | MOTION Deny Defendant's Request for Jury to Be Drawn from Northern New Mexico Jury Panel re 39 Notice (Other) by USA as to Thomas R. Rodella. (Attachments: # 1 Exhibit 1)(Pena, Jeremy) (Entered: 09/09/2014) |
| 09/09/2014 | 49 | MOTION in Limine *(Consolidated)* by Thomas R. Rodella. (Gorence, Robert) (Entered: 09/09/2014) |
| 09/09/2014 | 50 | MOTION to Strike *Expert Testimony of Manuel T. Overby* by Thomas R. Rodella. (Gorence, Robert) (Entered: 09/09/2014) |
| 09/09/2014 | 51 | RESPONSE by Thomas R. Rodella re 35 Notice (Other) *in Opposition to Government's Notice of Intention to Introduce Rule 404(b) Evidence* (Gorence, Robert) (Entered: 09/09/2014) |
| 09/09/2014 | 52 | NOTICE *of Intention to Offer Evidence Pursuant to Federal Rule 404(b)* by Thomas R. Rodella (Attachments: # 1 Exhibit A1, # 2 Exhibit A2, # 3 Exhibit A3, # 4 Exhibit B1, # 5 Exhibit B2, # 6 Exhibit B3)(Gorence, Robert) (Entered: 09/09/2014) |

| 09/09/2014 | 55 | REDACTED SUPERSEDING INDICTMENT as to Thomas R. Rodella. (kg) (Entered: 09/10/2014) |
|---|---|---|
| 09/10/2014 | 53 | NOTICE of motion hearing regarding the Request for Jury to be Drawn From Northern New Mexico Jury Panel 39 and the Motion to Deny Request 47 scheduled for 9/11/2014 at 10:30 AM in Albuquerque – 460 Vermejo Courtroom before District Judge James O. Browning. (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 09/10/2014) |
| 09/10/2014 | | Set Hearings as to Thomas R. Rodella: Arraignment set for 9/15/2014 at 09:30 AM in Albuquerque – 440 Hondo Courtroom before Magistrate Judge Steven C. Yarbrough. (emr) (Entered: 09/10/2014) |
| 09/10/2014 | 56 | Amended MOTION in Limine *to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b)* by USA as to Thomas R. Rodella. (Pena, Jeremy) (Entered: 09/10/2014) |
| 09/10/2014 | 57 | EXHIBIT LIST by USA as to Thomas R. Rodella (Pena, Jeremy) (Entered: 09/10/2014) |
| 09/10/2014 | 58 | WITNESS LIST by USA as to Thomas R. Rodella (Pena, Jeremy) (Entered: 09/10/2014) |
| 09/10/2014 | 59 | NOTICE *of Parties' Stipulated Jury Instructions* by USA as to Thomas R. Rodella (Pena, Jeremy) (Entered: 09/10/2014) |
| 09/10/2014 | 60 | Proposed Jury Instructions by USA as to Thomas R. Rodella (Pena, Jeremy) (Entered: 09/10/2014) |
| 09/10/2014 | 61 | WITNESS LIST by Thomas R. Rodella (Gorence, Robert) (Entered: 09/10/2014) |
| 09/10/2014 | 62 | EXHIBIT LIST by Thomas R. Rodella (Gorence, Robert) (Entered: 09/10/2014) |
| 09/10/2014 | 63 | Proposed Jury Instructions by Thomas R. Rodella (Gorence, Robert) (Entered: 09/10/2014) |
| 09/11/2014 | 65 | WITNESS LIST by Thomas R. Rodella (Gorence, Robert) (Entered: 09/11/2014) |
| 09/11/2014 | 66 | Clerk's Minutes for proceedings held before District Judge James O. Browning: Motion Hearing as to Thomas R. Rodella held on 9/11/2014 re 47 MOTION Deny Defendant's Request for Jury to Be Drawn from Northern New Mexico Jury Panel re 39 Notice (Court Reporter: J. Bean) (vv) (Entered: 09/12/2014) |
| 09/12/2014 | 67 | WITNESS LIST by USA as to Thomas R. Rodella, Thomas R Rodella, Jr (Neda, Tara) (Entered: 09/12/2014) |
| 09/12/2014 | 68 | RESPONSE by USA as to Thomas R. Rodella, Thomas R Rodella, Jr re 65 Witness List (Neda, Tara) (Entered: 09/12/2014) |
| 09/12/2014 | 69 | RESPONSE by USA as to Thomas R. Rodella, Thomas R Rodella, Jr re 42 Notice (Other) *Defendant Thomas R. Rodellas Notice of Intention Offer Expert Testimony* (Neda, Tara) (Entered: 09/12/2014) |
| 09/12/2014 | 70 | RESPONSE by USA as to Thomas R. Rodella, Thomas R Rodella, Jr re 52 Notice (Other) *Defendants Notice of Intention to Offer Evidence Pursuant to Federal Rule 404(b)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Neda, Tara) (Entered: 09/12/2014) |
| 09/12/2014 | 72 | RESPONSE in Opposition by Thomas R. Rodella re 45 MOTION in Limine *to Permit Evidence of RASO Procedures* (Gorence, Robert) (Entered: 09/12/2014) |
| 09/12/2014 | 73 | RESPONSE to Motion by Thomas R. Rodella re 44 MOTION in Limine *Omnibus Motion in Limine* (Gorence, Robert) (Entered: 09/12/2014) |
| 09/12/2014 | 74 | RESPONSE in Opposition by Thomas R. Rodella re 46 MOTION in Limine *to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b)* (Attachments: # 1 Exhibit A)(Gorence, Robert) (Entered: 09/12/2014) |

| 09/12/2014 | 75 | RESPONSE to Motion by USA as to Thomas R. Rodella re 50 MOTION to Strike *Expert Testimony of Manuel T. Overby* (Pena, Jeremy) (Entered: 09/12/2014) |
|---|---|---|
| 09/12/2014 | 76 | RESPONSE to Motion by USA as to Thomas R. Rodella re 37 MOTION to Disqualify Counsel *the U.S. Attorney's Office for the District of New Mexico, the Prosecutor in this Case, by Virtue of U.S. Attorney Damon P. Martinez Being a Witness*, 38 Amended MOTION to Disqualify Counsel *the U.S. Attorney's Office for the District of New Mexico, the Prosecutor in this Case, by Virtue of U.S. Attorney Damon P. Martinez Being a Witness* (Pena, Jeremy) (Entered: 09/12/2014) |
| 09/14/2014 | 77 | OBJECTIONS by Thomas R. Rodella United States Requested Jury Instructions 60 (Gorence, Robert) Modified linkage on 9/15/2014 (dmw). (Entered: 09/14/2014) |
| 09/15/2014 | 78 | SECOND AMENDED WITNESS LIST by USA as to Thomas R. Rodella (Neda, Tara) Modified text on 9/15/2014 (dmw). (Entered: 09/15/2014) |
| 09/15/2014 | 79 | Clerk's Minutes for proceedings held before Magistrate Judge Karen B. Molzen: Arraignment as to Thomas R. Rodella (1) Count 1s,2s held on 9/15/2014; defendant entered not guilty plea to superseding indictment; defendant released (Tape #:Liberty–Hondo @ 10:27 am) (dmw) (Entered: 09/15/2014) |
| 09/15/2014 | 80 | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning denying 39 Request for Jury to Be Drawn from Northern New Mexico Jury Panel (dmw) (Entered: 09/15/2014) |
| 09/15/2014 | 81 | Court's First Proposed Preliminary Jury Instructions (with citations) by District Judge James O. Browning as to Thomas R. Rodella (dmw) (Entered: 09/15/2014) |
| 09/15/2014 | 82 | RESPONSE in Opposition by USA as to Thomas R. Rodella re 49 MOTION in Limine *(Consolidated)* (Neda, Tara) Modified text on 9/16/2014 (dmw). (Entered: 09/15/2014) |
| 09/15/2014 | 83 | WITNESS LIST by USA as to Thomas R. Rodella (Neda, Tara) Modified text on 9/16/2014 (dmw). (Entered: 09/15/2014) |
| 09/15/2014 | 131 | Clerk's Minutes for proceedings held before District Judge James O. Browning: Motion Hearing/Pretrial Conference as to Thomas R. Rodella held on 9/15–16/2014 (Court Reporter: Jennifer Bean) (dmw) (Entered: 10/08/2014) |
| 09/16/2014 | 86 | Proposed Jury Instructions by Thomas R. Rodella (Gorence, Robert) (Entered: 09/16/2014) |
| 09/17/2014 | 91 | E–mail re medical journal articles (dmw) (Entered: 09/19/2014) |
| 09/18/2014 | 87 | RESPONSE by USA as to Thomas R. Rodella re 63 Proposed Jury Instructions, 86 Proposed Jury Instructions (Pena, Jeremy) (Entered: 09/18/2014) |
| 09/18/2014 | 88 | E–mail re medical journal articles (dmw) (Entered: 09/18/2014) |
| 09/18/2014 | 89 | Proposed Jury Instructions by USA as to Thomas R. Rodella (Pena, Jeremy) (Entered: 09/18/2014) |
| 09/18/2014 | 90 | Proposed Voir Dire by Thomas R. Rodella (Gorence, Robert) (Entered: 09/18/2014) |
| 09/18/2014 | 98 | **DUPLICATE–FILED IN ERROR** E–mail re medical journal article (dmw) Modified on 9/22/2014 (dmw). (Entered: 09/22/2014) |
| 09/19/2014 | 92 | Proposed Jury Instructions by Thomas R. Rodella (Gorence, Robert) (Entered: 09/19/2014) |
| 09/21/2014 | 93 | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning regarding the Notice of Intention to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b) 35 , the Motion in Limine to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b) 46 and the Amended Motion in Limine to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b) 56 . (kw) (Entered: 09/21/2014) |

| Date | Doc # | Description |
|---|---|---|
| 09/21/2014 | 94 | Proposed Jury Instructions by Thomas R. Rodella (Gorence, Robert) (Entered: 09/21/2014) |
| 09/21/2014 | 95 | EXHIBIT LIST by USA as to Thomas R. Rodella (Pena, Jeremy) (Entered: 09/21/2014) |
| 09/21/2014 | 96 | MOTION in Limine *to Clarify Motion in Limine (Doc. 44)* by USA as to Thomas R. Rodella. (Pena, Jeremy) (Entered: 09/21/2014) |
| 09/22/2014 | 97 | WITNESS LIST by USA as to Thomas R. Rodella (Pena, Jeremy) (Entered: 09/22/2014) |
| 09/22/2014 | 99 | NOTICE of Jury Trial resuming on 9/23/2014 and taking place through 9/26/2014 at 9:00 AM in Albuquerque – 460 Vermejo Courtroom before District Judge James O. Browning.(kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 09/22/2014) |
| 09/22/2014 | 100 | Court's First Proposed Jury Instructions I(with citations) by District Judge James O. Browning as to Thomas R. Rodella (Attachments: # 1 Part 2)(dmw) (Entered: 09/22/2014) |
| 09/22/2014 | 101 | Court's First Proposed Jury Instructions (with citations) by District Judge James O. Browning as to Thomas R. Rodella (dmw) (Entered: 09/22/2014) |
| 09/22/2014 | 102 | Court's Final Preliminary Jury Instructions (GIVEN) (without citations) by District Judge James O. Browning as to Thomas R. Rodella (dmw) (Entered: 09/22/2014) |
| 09/22/2014 | 103 | Court's Final Preliminary Jury Instructions (with citations) by District Judge James O. Browning as to Thomas R. Rodella (dmw) (Entered: 09/22/2014) |
| 09/22/2014 | 104 | NOTICE *of Objections to Court's First Proposed Jury Instructions* by USA as to Thomas R. Rodella re 101 Court's Jury Instructions (Pena, Jeremy) (Entered: 09/22/2014) |
| 09/22/2014 | 185 | Clerk's Minutes for proceedings held before District Judge James O. Browning: Jury Selection/Trial as to Thomas R. Rodella held on 9/22–26/2014 (Court Reporter: Jennifer Bean) (dmw) (Entered: 02/05/2015) |
| 09/23/2014 | 105 | Court's Second Proposed Jury Instructions (with citations) by District Judge James O. Browning as to Thomas R. Rodella (dmw) (Entered: 09/23/2014) |
| 09/23/2014 | 106 | Court's Second Proposed Jury Instructions (with citations) by District Judge James O. Browning as to Thomas R. Rodella (dmw) (Entered: 09/23/2014) |
| 09/24/2014 | 107 | NOTICE *of Objections to Court's Second Proposed Jury Instructions* by USA as to Thomas R. Rodella re 105 Court's Jury Instructions, 106 Court's Jury Instructions (Pena, Jeremy) (Entered: 09/24/2014) |
| 09/24/2014 | 108 | Court's Third Proposed Jury Instructions (with citations) by District Judge James O. Browning as to Thomas R. Rodella (dmw) (Entered: 09/24/2014) |
| 09/24/2014 | 109 | Proposed Jury Instructions by Thomas R. Rodella (Gorence, Robert) (Entered: 09/24/2014) |
| 09/24/2014 | 111 | Court's Third Proposed Jury Instructions (with citations) by District Judge James O. Browning as to Thomas R. Rodella (dmw) (Entered: 09/24/2014) |
| 09/24/2014 | 112 | Court's Fourth Proposed Jury Instructions (with citations) by District Judge James O. Browning as to Thomas R. Rodella (dmw) (Entered: 09/24/2014) |
| 09/24/2014 | 113 | Proposed Jury Instructions by Thomas R. Rodella (Gorence, Robert) (Entered: 09/24/2014) |
| 09/24/2014 | 114 | Proposed Jury Instructions by Thomas R. Rodella (Gorence, Robert) (Entered: 09/24/2014) |
| 09/24/2014 | 115 | NOTICE *of Objections to Court's Fourth Proposed Jury Instructions* by USA as to Thomas R. Rodella re 114 Proposed Jury Instructions, 113 Proposed Jury Instructions, 112 Court's Jury Instructions (Pena, Jeremy) (Entered: 09/24/2014) |

| | | |
|---|---|---|
| 09/24/2014 | 116 | NOTICE *of Objections to Court's Fourth Proposed Jury Instructions* by Thomas R. Rodella (Oliveros, Louren) (Entered: 09/24/2014) |
| 09/25/2014 | 117 | NOTICE *Defendant's Amended Objections to Court's Fourth Proposed Jury Instructions* by Thomas R. Rodella (Oliveros, Louren) (Entered: 09/25/2014) |
| 09/25/2014 | 118 | Court's Fifth Proposed Jury Instructions (with citations) by District Judge James O. Browning as to Thomas R. Rodella (dmw) (Entered: 09/25/2014) |
| 09/25/2014 | 119 | Court's Fifth Proposed Jury Instructions (with citations) by District Judge James O. Browning as to Thomas R. Rodella (dmw) (Entered: 09/25/2014) |
| 09/25/2014 | 120 | Court's Sixth Proposed Jury Instructions (with citations) by District Judge James O. Browning as to Thomas R. Rodella (dmw) (Entered: 09/25/2014) |
| 09/25/2014 | 121 | Proposed Jury Instructions by Thomas R. Rodella (Gorence, Robert) (Entered: 09/25/2014) |
| 09/25/2014 | 122 | NOTICE *Objections to Court's Final Jury Instructions* by Thomas R. Rodella (Oliveros, Louren) (Entered: 09/25/2014) |
| 09/25/2014 | 123 | Court's Seventh Proposed Jury Instructions (with citations) by District Judge James O. Browning as to Thomas R. Rodella (dmw) (Entered: 09/26/2014) |
| 09/26/2014 | 124 | **FILED IN ERROR** Court's Final Jury Instructions (with citations) by District Judge James O. Browning as to Thomas R. Rodella (dmw) Modified on 9/29/2014 (dmw). (Entered: 09/26/2014) |
| 09/26/2014 | 125 | **FILED IN ERROR** Court's Final Jury Instructions (GIVEN) (without citations) by District Judge James O. Browning as to Thomas R. Rodella (dmw) Modified on 9/29/2014 (dmw). (Entered: 09/26/2014) |
| 09/26/2014 | 127 | REDACTED JURY VERDICT (dmw) (Entered: 09/29/2014) |
| 09/26/2014 | 129 | Court's Final Jury Instructions (with citations) by District Judge James O. Browning as to Thomas R. Rodella (dmw) (Entered: 09/29/2014) |
| 09/26/2014 | 130 | Court's Final Jury Instructions (GIVEN) (without citations) by District Judge James O. Browning as to Thomas R. Rodella (dmw) (Entered: 09/29/2014) |
| 09/28/2014 | 173 | LETTER by Huey Crepelle as to Thomas R. Rodella (kg) (Entered: 01/23/2015) |
| 09/29/2014 | 128 | NOTICE of sentencing hearing as to Defendant Thomas R. Rodella scheduled for 12/26/2014 at 09:00 AM in Albuquerque – 460 Vermejo Courtroom before District Judge James O. Browning. (kw)<br>[THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 09/29/2014) |
| 10/14/2014 | 132 | NOTICE *OF UNAVAILABILITY from December 23, 2014 through January 2, 2015* by USA as to Thomas R. Rodella, Thomas R Rodella, Jr (Neda, Tara) *Modified on 10/15/2014 TO ADD DATES (vv).* (Entered: 10/14/2014) |
| 10/17/2014 | 133 | MOTION for New Trial by Thomas R. Rodella. (Gorence, Robert) (Entered: 10/17/2014) |
| 10/29/2014 | 187 | RETURN OF EXHIBITS to counsel (dmw) (Entered: 02/05/2015) |
| 10/31/2014 | 134 | RESPONSE to Motion by USA as to Thomas R. Rodella re 133 MOTION for New Trial (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Neda, Tara) (Entered: 10/31/2014) |
| 11/03/2014 | 135 | NOTICE of motion hearing regarding the Motion for a New Trial 133 scheduled for 11/14/2014 at 01:30 PM in Albuquerque – 460 Vermejo Courtroom before District Judge James O. Browning. (kw)<br>[THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/03/2014) |
| 11/06/2014 | 136 | REPLY TO RESPONSE to Motion by Thomas R. Rodella re 133 MOTION for New Trial (Attachments: # 1 Exhibit A)(Gorence, Robert) (Entered: 11/06/2014) |

| | | |
|---|---|---|
| 11/07/2014 | 137 | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, vacating the motion hearing scheduled for 11/14/2014 and rescheduling for 11/13/2014 at 03:00 PM. (kw) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/07/2014) |
| 11/12/2014 | 138 | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning denying 37 38 Motion to Disqualify Counsel (dmw) (Entered: 11/12/2014) |
| 11/12/2014 | 139 | NOTICE *of Entry of Appearance on Behalf of Easter Seals El Mirador Employees* by Thomas R. Rodella (Salvato, Sabrina) (Entered: 11/12/2014) |
| 11/12/2014 | 140 | MOTION to Quash *Subpoenas to Easter Seals El Mirador Employees to Testify at November 13, 2014 Hearing or Trial* by Thomas R. Rodella. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Salvato, Sabrina) (Entered: 11/12/2014) |
| 11/12/2014 | | Attorney update in case as to Thomas R. Rodella. Attorney Sabrina Rodriguez Salvato, James P Sullivan for Easter Seals El Mirador added. (dmw) (Entered: 11/13/2014) |
| 11/13/2014 | 141 | MOTION to Quash *Subpoena or for Protective Order* by El Centro Family Health as to Thomas R. Rodella, Thomas R Rodella, Jr. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Wertheim, Jerry) (Entered: 11/13/2014) |
| 11/13/2014 | 142 | NOTICE OF ATTORNEY APPEARANCE Erin Langenwalter appearing for USA. *for third party Elizabeth Davidson, Veterans' Administration* (Langenwalter, Erin) (Entered: 11/13/2014) |
| 11/13/2014 | 143 | NOTICE *of Non Appearance by Dr. E. Davidson* by USA as to Thomas R. Rodella, Thomas R Rodella, Jr (Langenwalter, Erin) (Entered: 11/13/2014) |
| 11/13/2014 | 144 | MOTION to Quash *Subpoena for Trial Testimony of Dr. Elizabeth Davidson* by USA as to Thomas R. Rodella, Thomas R Rodella, Jr. (Attachments: # 1 Exhibit Ex. 1 – Subpoena, # 2 Affidavit Ex. 2 – Affidavit)(Langenwalter, Erin) (Entered: 11/13/2014) |
| 11/13/2014 | | Attorney update in case as to Thomas R. Rodella. Attorney Erin Langenwalter for Elizabeth Davidson added. (dmw) (Entered: 11/13/2014) |
| 11/13/2014 | 145 | PROTECTIVE ORDER by District Judge James O. Browning re El Centro Family Health's re 141 Motion to Quash Subpoena (dmw) (Entered: 11/14/2014) |
| 11/13/2014 | 146 | PROTECTIVE ORDER by District Judge James O. Browning for Confidential Unsubstantiated Critical Incident Reports (dmw) (Entered: 11/14/2014) |
| 11/13/2014 | 188 | Clerk's Minutes for proceedings held before District Judge James O. Browning: Motion Hearing as to Thomas R. Rodella held on 11/13/2014 re 140 MOTION to Quash *Subpoenas to Easter Seals El Mirador Employees*, 133 MOTION for New Trial, 144 MOTION to Quash *Subpoena for Trial Testimony of Dr. Elizabeth Davidson*, 141 MOTION to Quash *Subpoena or for Protective Order* (Court Reporter: M. Seal) (dmw) (Entered: 02/05/2015) |
| 11/18/2014 | 147 | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning sustaining in part and overruling in part 69 Objection to Notice of Intention to Offer Expert Testimony 42 as to Thomas R. Rodella (dmw) (Entered: 11/18/2014) |
| 11/18/2014 | 148 | SENTENCING MEMORANDUM by USA as to Thomas R. Rodella (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 In the Matter of Thomas R. Rodella)(Neda, Tara) (Entered: 11/18/2014) |
| 11/19/2014 | 149 | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning granting in part and denying in part 50 Motion to Strike Expert Testimony of Manuel T. Overby (dmw) (Entered: 11/19/2014) |
| 11/20/2014 | 150 | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning granting 45 Motion in Limine to Permit Evidence of Rio Arriba County Sheriff Office Procedures as Part of the Training Materials as to Thomas R. Rodella (1) |

| | | |
|---|---|---|
| | | (dmw) (Entered: 11/20/2014) |
| 11/20/2014 | 151 | RESPONSE to Motion by USA as to Thomas R. Rodella re 133 MOTION for New Trial *(Supplemental)* (Attachments: # 1 Exhibit 9, # 2 Exhibit 10, # 3 Exhibit 11, # 4 Exhibit 12a, # 5 Exhibit 12b, # 6 Exhibit 13, # 7 Exhibit 14, # 8 Exhibit 15, # 9 Exhibit 16, # 10 Exhibit 17)(Neda, Tara) (Entered: 11/20/2014) |
| 12/01/2014 | 152 | NOTICE of *Withdrawal* by Thomas R. Rodella re 133 MOTION for New Trial (Gorence, Robert) (Entered: 12/01/2014) |
| 12/01/2014 | 153 | WITHDRAWAL of 141 Motion by El Centro Family Health as to Thomas R. Rodella *to Quash Subpoena or for Protective Order* (Wertheim, Jerry) Modified linkage on 12/2/2014 (dmw). (Entered: 12/01/2014) |
| 12/02/2014 | 172 | LETTER by Roberto "Bobby" J. Gonzales as to Thomas R. Rodella (kg) (Entered: 01/23/2015) |
| 12/04/2014 | 154 | **FILED IN ERROR** NOTICE of *Unavailability* by USA as to Thomas R. Rodella (Neda, Tara) Modified on 12/4/2014 (dmw). (Entered: 12/04/2014) |
| 12/04/2014 | 155 | NOTICE of *Unavailability of counsel 2/6–9/2015* by USA as to Thomas R. Rodella (Neda, Tara) Added dates on 12/4/2014 (dmw). (Entered: 12/04/2014) |
| 12/15/2014 | 156 | MINUTE ORDER, notifying the parties that pursuant to an e-mail communication from Chief District Judge M. Christina Armijo to Court staff dated 12/8/2014, informing that, because of an Executive Order which President Obama issued closing Executive Departments and Agencies of the Federal Government on 12/26/2014, and, because of the work that the Court does from day-to-day in Chambers, the courtrooms and in the Clerk's office involving staff from agencies within the Executive Branch of Government, she would be closing the Court as well on Friday, December 26, 2014. Accordingly, the sentencing hearing as to Defendant Thomas R. Rodella is vacated and rescheduled for 1/21/2015 at 09:00 AM. (kw)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 12/15/2014) |
| 01/12/2015 | 157 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Thomas R. Rodella (Gorence, Robert) (Entered: 01/12/2015) |
| 01/12/2015 | 193 | NOTICE of letter including: Commendations letters to the Chief of the New Mexico State Police; educational degrees and certificates of achievement and letters of support from Mr. Rodella's family and friends [lodged in Records Department] (dmw) (Entered: 02/06/2015) |
| 01/14/2015 | 158 | NOTICE *Supplemental Sentencing Memorandum* by USA as to Thomas R. Rodella re 148 Sentencing Memorandum, (Attachments: # 1 Exhibit 1)(Neda, Tara) (Entered: 01/14/2015) |
| 01/14/2015 | 159 | RESPONSE by USA as to Thomas R. Rodella re 157 Objections to Presentence Report (Attachments: # 1 Exhibit 1, # 2 Exhibit 11)(Neda, Tara) Modified linkage/text on 1/15/2015 (dmw). (Entered: 01/14/2015) |
| 01/15/2015 | 160 | Second MOTION for New Trial by Thomas R. Rodella. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Gorence, Robert) (Entered: 01/15/2015) |
| 01/16/2015 | 161 | MOTION to Continue *Sentencing* by Thomas R. Rodella. (Gorence, Robert) (Entered: 01/16/2015) |
| 01/16/2015 | 162 | NOTICE of motion hearing regarding the Second Motion for a New Trial 160 and the Motion for Continuance of Sentencing 161 scheduled for 1/20/2015 at 10:30 AM in Albuquerque – 460 Vermejo Courtroom before District Judge James O. Browning. (kw)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 01/16/2015) |
| 01/16/2015 | 163 | AFFIDAVIT by Thomas R. Rodella 160 Second MOTION for New Trial filed by Thomas R. Rodella (Gorence, Robert) (Entered: 01/16/2015) |

| | | |
|---|---|---|
| 01/16/2015 | 164 | RESPONSE in Opposition by USA as to Thomas R. Rodella re 161 MOTION to Continue *Sentencing* (Pena, Jeremy) (Entered: 01/16/2015) |
| 01/16/2015 | 165 | RESPONSE to Motion by USA as to Thomas R. Rodella re 160 Second MOTION for New Trial (Attachments: # 1 Exhibit)(Pena, Jeremy) (Entered: 01/16/2015) |
| 01/16/2015 | 166 | NOTICE *of Amended Supplemental Sentencing Memorandum* by USA as to Thomas R. Rodella re 158 Notice (Other), 148 Sentencing Memorandum, (Pena, Jeremy) (Entered: 01/16/2015) |
| 01/20/2015 | 167 | TRANSCRIPT of Motion Proceedings as to Thomas R. Rodella, Thomas R Rodella, Jr held on August 25, 2014, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505-348-2283. Tape Number: NA. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven-day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 1/27/2015. Redaction Request due 2/10/2015. Redacted Transcript Deadline set for 2/20/2015. Release of Transcript Restriction set for 4/20/2015.(jab) (Entered: 01/20/2015) |
| 01/20/2015 | 168 | TRANSCRIPT of Motion Proceedings as to Thomas R. Rodella, Thomas R Rodella, Jr held on September 11, 2014, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505-348-2283. Tape Number: NA. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven-day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 1/27/2015. Redaction Request due 2/10/2015. Redacted Transcript Deadline set for 2/20/2015. Release of Transcript Restriction set for 4/20/2015.(jab) (Entered: 01/20/2015) |
| 01/20/2015 | 169 | TRANSCRIPT of Motion Proceedings as to Thomas R. Rodella, Thomas R Rodella, Jr held on September 15, 2014, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505-348-2283. Tape Number: NA. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven-day period, the court will assume that** |

| | | |
|---|---|---|
| | | redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.<br><br>Notice of Intent to Request Redaction set for 1/27/2015. Redaction Request due 2/10/2015. Redacted Transcript Deadline set for 2/20/2015. Release of Transcript Restriction set for 4/20/2015.(jab) (Entered: 01/20/2015) |
| 01/20/2015 | 170 | TRANSCRIPT of Motion Proceedings as to Thomas R. Rodella, Thomas R Rodella, Jr held on September 16, 2014, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505-348-2283. Tape Number: NA. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven-day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.<br><br>Notice of Intent to Request Redaction set for 1/27/2015. Redaction Request due 2/10/2015. Redacted Transcript Deadline set for 2/20/2015. Release of Transcript Restriction set for 4/20/2015.(jab) (Entered: 01/20/2015) |
| 01/20/2015 | 189 | Clerk's Minutes for proceedings held before District Judge James O. Browning: Motion Hearing as to Thomas R. Rodella held on 1/20/2015 re 161 MOTION to Continue *Sentencing*, 160 Second MOTION for New Trial (Court Reporter: Jennifer Bean) (dmw) (Entered: 02/05/2015) |
| 01/21/2015 | 179 | Clerk's Minutes for proceedings held before District Judge James O. Browning: Sentencing held on 1/21/2015 for Thomas R. Rodella (1), Count(s) 1, 2, 3, 4, dismissed; Count(s) 1s, 2s, SENTENCE IMPOSED: CBOP 121 months – a term of 37 months is imposed as to Count 1; a term of 84 months is imposed as to Count 2, said terms shall run consecutively; 3 years supervised release w/special conditions; SPA $200.00; fine of $200,000.00; restitution of $7,135.88 and $3,200.00 for lost wages; defendant in custody. (Court Reporter: Jennifer Bean) (dmw) (Entered: 01/27/2015) |
| 01/22/2015 | 171 | NOTICE *of Unavailability* from 1/17-1/18/15 by USA as to Thomas R. Rodella (Neda, Tara) Modified text on 1/23/2015 (kg). (Entered: 01/22/2015) |
| 01/23/2015 | 174 | TRANSCRIPT of Trial Proceedings as to Thomas R. Rodella, Thomas R Rodella, Jr held on September 22, 2014, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505-348-2283. Tape Number: NA. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven-day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us. |

| | | |
|---|---|---|
| | | Notice of Intent to Request Redaction set for 1/30/2015. Redaction Request due 2/13/2015. Redacted Transcript Deadline set for 2/23/2015. Release of Transcript Restriction set for 4/23/2015.(jab) (Entered: 01/23/2015) |
| 01/23/2015 | 175 | TRANSCRIPT of Trial Proceedings as to Thomas R. Rodella, Thomas R Rodella, Jr held on September 23, 2014, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505-348-2283. Tape Number: NA. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>    PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven-day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.<br><br>Notice of Intent to Request Redaction set for 1/30/2015. Redaction Request due 2/13/2015. Redacted Transcript Deadline set for 2/23/2015. Release of Transcript Restriction set for 4/23/2015.(jab) (Entered: 01/23/2015) |
| 01/23/2015 | 176 | TRANSCRIPT of Trial Proceedings as to Thomas R. Rodella, Thomas R Rodella, Jr held on September 24, 2014, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505-348-2283. Tape Number: NA. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>    PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven-day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.<br><br>Notice of Intent to Request Redaction set for 1/30/2015. Redaction Request due 2/13/2015. Redacted Transcript Deadline set for 2/23/2015. Release of Transcript Restriction set for 4/23/2015.(jab) (Entered: 01/23/2015) |
| 01/23/2015 | 177 | TRANSCRIPT of Trial Proceedings as to Thomas R. Rodella, Thomas R Rodella, Jr held on September 25, 2014, before District Judge James O. Browning. Court Reporter/Transcriber Mary Abernathy Seal, Telephone number 505-843-9494. Tape Number: NA. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>    PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven-day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us. |

| | | |
|---|---|---|
| | | Notice of Intent to Request Redaction set for 1/30/2015. Redaction Request due 2/13/2015. Redacted Transcript Deadline set for 2/23/2015. Release of Transcript Restriction set for 4/23/2015.(jab) (Entered: 01/23/2015) |
| 01/23/2015 | 178 | TRANSCRIPT of Trial Proceedings as to Thomas R. Rodella, Thomas R Rodella, Jr held on September 26, 2014, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505-348-2283. Tape Number: NA. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven-day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.<br><br>Notice of Intent to Request Redaction set for 1/30/2015. Redaction Request due 2/13/2015. Redacted Transcript Deadline set for 2/23/2015. Release of Transcript Restriction set for 4/23/2015.(jab) (Entered: 01/23/2015) |
| 01/29/2015 | 180 | ASSOCIATION of Attorney Licensed Outside the District for Defendant Thomas R. Rodella by John Cline (Association Dues – Online Payment) (Cline, John) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 01/29/2015) |
| 01/29/2015 | | Association Dues Received: $ 100 receipt number 1084-3912844 re: # 180 Association of Attorney Licensed Outside the District, filed by Thomas R. Rodella (Payment made via Pay.gov)(Cline, John) (Entered: 01/29/2015) |
| 01/29/2015 | 181 | NOTICE *of Certificate of Good Standing and Entry of Appearance for John Cline* by Thomas R. Rodella re 180 Association of Attorney Licensed Outside the District, (Gorence, Robert) (Entered: 01/29/2015) |
| 01/29/2015 | | Attorney update in case as to Thomas R. Rodella. Attorney John Cline for Thomas R. Rodella added. (dmw) (Entered: 01/30/2015) |
| 02/02/2015 | 182 | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning denying 160 Second MOTION for New Trial as to Thomas R. Rodella (dmw) (Entered: 02/02/2015) |
| 02/03/2015 | 183 | NOTICE OF WITHDRAWAL re 36 MOTION Requesting the Court to Conduct an In Camera Review of the Grand Jury Proceedings (Gorence, Robert) Modified text on 2/3/2015 (dmw). (Entered: 02/03/2015) |
| 02/04/2015 | 200 | CORRESPONDENCE re Crime Victim's Reparation as to Thomas R. Rodella (dmw) (Entered: 02/11/2015) |
| 02/05/2015 | 184 | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning overruling in part and sustaining in part 157 Objections to Presentence Investigation Report and Sentencing Memorandum as to Thomas R. Rodella (dmw) (Entered: 02/05/2015) |
| 02/06/2015 | 190 | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning sustaining in part and overruling in part 77 Objections to Requested Jury Instructions as to Thomas R. Rodella (dmw) (Entered: 02/06/2015) |
| 02/06/2015 | 191 | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning denying 161 MOTION to Continue *Sentencing* as to Thomas R. Rodella (dmw) (Entered: 02/06/2015) |
| 02/06/2015 | 192 | JUDGMENT by District Judge James O. Browning as to Defendant Thomas R. Rodella. (kw) (Entered: 02/06/2015) |

| | | |
|---|---|---|
| 02/06/2015 | 194 | NOTICE OF APPEAL by Thomas R. Rodella re 192 Judgment (Filing Fee – Online Payment) (Gorence, Robert) (Entered: 02/06/2015) |
| 02/06/2015 | | Filing Fee Received: $ 505 receipt number 1084–3927585 re 194 Notice of Appeal – Final Judgment filed by Thomas R. Rodella (Payment made via Pay.gov)(Gorence, Robert) (Entered: 02/06/2015) |
| 02/06/2015 | 195 | MOTION for Bond *Pending Appeal* by Thomas R. Rodella as to Thomas R. Rodella (Cline, John) Modified text on 2/6/2015 (dmw). (Entered: 02/06/2015) |
| 02/06/2015 | 196 | Transmission of Preliminary Record as to Thomas R. Rodella to US Court of Appeals re 194 Notice of Appeal – Final Judgment (dmw) (Entered: 02/06/2015) |
| 02/06/2015 | 197 | USCA Information Letter with Case Number 15–2023 for 194 Notice of Appeal – Final Judgment filed by Thomas R. Rodella. (dmw) (Entered: 02/06/2015) |
| 02/09/2015 | 198 | AMENDED JUDGMENT by District Judge James O. Browning as to Defendant Thomas R. Rodella. (kw) (Entered: 02/09/2015) |
| 02/10/2015 | 199 | Transmission of Supplemental Preliminary Record as to Thomas R. Rodella to US Court of Appeals re 194 Notice of Appeal – Final Judgment (dmw) (Entered: 02/10/2015) |
| 02/13/2015 | 201 | TRANSCRIPT of Motion Proceedings as to Thomas R. Rodella, Thomas R Rodella, Jr held on November 13, 2014, before District Judge James O. Browning. Court Reporter/Transcriber Mary Abernathy Seal, Telephone number 505-843-9494. Tape Number: NA. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>    PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.<br><br>Notice of Intent to Request Redaction set for 2/20/2015. Redaction Request due 3/6/2015. Redacted Transcript Deadline set for 3/16/2015. Release of Transcript Restriction set for 5/14/2015.(jab) (Entered: 02/13/2015) |
| 02/13/2015 | 202 | TRANSCRIPT of Motion Proceedings as to Thomas R. Rodella, Thomas R Rodella, Jr held on January 20, 2015, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505-348-2283. Tape Number: NA. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>    PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.<br><br>Notice of Intent to Request Redaction set for 2/20/2015. Redaction Request due 3/6/2015. Redacted Transcript Deadline set for 3/16/2015. Release of Transcript Restriction set for 5/14/2015.(jab) (Entered: 02/13/2015) |

| 02/13/2015 |  203 | TRANSCRIPT of Motion Proceedings as to Thomas R. Rodella, Thomas R Rodella, Jr held on January 21, 2015, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505-348-2283. Tape Number: NA. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven-day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.<br><br>Notice of Intent to Request Redaction set for 2/20/2015. Redaction Request due 3/6/2015. Redacted Transcript Deadline set for 3/16/2015. Release of Transcript Restriction set for 5/14/2015.(jab) (Entered: 02/13/2015) |