

**From:** Varley, Mitch (USMS) [mailto:Mitch.Varley@usdoj.gov]
**Sent:** Thursday, February 12, 2015 4:40 PM
**To:** Howard, John W. (AQ) (FBI)
**Subject:** Rodella Housing at TCDF

Jack,

The following information was provided by Albert Lovato, Unit Manager at Torrance County Detention Facility:

Threats reported by Rodella to TCDF:
I interviewed inmate Rodella and he stated that he has been threatened by inmate Mirabal, Gabriel several times. This was before the recent incidents involving inmate Mirabal. Rodella states he has not had an issue with Mirabal for several weeks, this is due to Mirabal's current restriction status. This is the only inmate he states that has threatened his life, he also states there has been others, however he was expecting that due to his previous position, however could not pin point those inmates. We have never had an official report from inmate Rodella about any threats, also after interviewing Rodella he states he is doing ok.

Description of Rodella's housing unit:
Inmate Rodella is currently under administrative segregation status, due to his previous employment. He is in a cell alone in our Special housing unit (23 hour lock down) and is in clear view of correctional staff and is checked on every 30 minutes. When inmate Rodella has services ( showers, recreation etc.), he is fully restrained and escorted by correctional staff from point A to B. The only way other inmates can threaten or antagonize another inmate is by yelling through their door, recreation cage or showers. Our Special housing Unit has controlled food ports and key access cells, however beyond the cells we have a security cage that is controlled by the Unit Officer. At any time the inmate exits their cell, they are fully restrained and escorted by SHU staff.

Let me know if you need anything else.

Mitch Varley



GOVERNMENT EXHIBIT 2

Detention Management Inspector
U.S. Marshals Service
Albuquerque, New Mexico
Ofc: 505.462.2329
Fax: 505.462.2381