# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CLERK'S MINUTES

**BEFORE DISTRICT JUDGE JAMES O. BROWNING**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 14-2783 JB | **DATE:** | March 9, 2015 |
| **CASE CAPTION:** | *USA v. Rodella* | | |
| **CRD:** | K. Wild | **COURT REPORTER:** | J. Bean |
| **COURT IN SESSION:** | 10:08 a.m. | **COURT IN RECESS:** | 11:34 a.m. = 1:26 |

**TYPE OF PROCEEDING:** Motion Hearing (see below)

**COURT'S RULING/DISPOSITION:** Motion for Release Pending Appeal [195] – **TAKEN UNDER ADVISEMENT**

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:** Court

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**
Tara Neda/Jeremy Pena, AUSAs

**ATTORNEYS PRESENT FOR DEFENDANT(S):**
John Cline (Retained)
Robert Gorence (Retained)

## PROCEEDINGS

**COURT IN SESSION:** **10:08 a.m.**

**COURT:** Calls case. Counsel enter appearances. Defendant present (in custody).

**Court:** Suggests motion could be argued by breaking down issue-by-issue.

**Mr. Cline:** Seems to be concession regarding flight risk, danger to community and delay, so will not argue those. Argues in support of motion regarding substantial question.

**10:33 a.m. Ms. Neda:** Argues in response in opposition to motion re: same.

**10:56 a.m. Mr. Cline:** Argues in reply in further support of motion re: same and in support of motion re: exceptional reasons.

**11:12 a.m. Ms. Neda:** Argues in response in opposition to motion re: same.

**11:22 a.m. Mr. Cline:** Argues in reply in further support of motion re: same. Addresses Court regarding fine - requests Court stay fine pending appeal with Defendant's second home in ABQ as equity.

**11:28 a.m. Ms. Neda:** Argues in response in opposition to same.

**11:30 a.m. Mr. Cline:** Argues in reply in further support of request for same.

**11:31 a.m. Court:** Takes under advisement – inclined to focus on exceptional circumstances in denying motion.

**Court in recess:** 11:34 a.m.