IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,    )
    )
        Plaintiff,    )
    )
    vs.    )    Criminal No. 14-2783 JB
    )
**THOMAS R. RODELLA,**    )
    )
        Defendant.    )

## <u>NOTICE OF UNAVAILABILITY</u>

Undersigned counsel hereby notifies the Court and the parties that she will not be

available on April 23 and April 24, 2015, and June 2 through June 23, 2015.  Undersigned

counsel respectfully requests that, if possible, any court proceedings be scheduled outside of this

time period.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*/s/ Electronically Filed March 23, 2015*
TARA C. NEDA
Assistant United States Attorney

I HEREBY CERTIFY that on March 23, 2015, I filed
the foregoing electronically through the CM/ECF
system, which caused counsel of record to be served
by electronic means, as more fully reflected on the
Notice of Electronic Filing.

*/s/ Filed Electronically*
Tara C. Neda, Assistant U.S. Attorney