IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                           CRIMINAL NO. 14-2783 JB

THOMAS RODELLA,

        Defendant.

## ENTRY OF APPEARANCE

COMES NOW Stephen R. Kotz, Assistant United States Attorney for the District of New Mexico, and enters his appearance as additional counsel for the United States.

        Respectfully submitted,

        KENNETH J. GONZALES
        United States Attorney

        */s/ Electronically filed May 28, 2015*
        STEPHEN R. KOTZ
        Assistant U.S. Attorney
        P.O. Box 607
        Albuquerque, New Mexico 87103
        (505) 224-1464
        (505) 346-6884 (facsimile)

I HEREBY CERTIFY that on the 28th day of May, 2015, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record for defendant to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Electronically filed May 28, 2015*
STEPHEN R. KOTZ
Assistant United States Attorney