IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

      v.                                  CRIMINAL NO.  14-2783 JB

THOMAS RODELLA,

       Defendant.

and,

LOS ALAMOS NATIONAL BANK
AND ITS SUCCESSORS OR ASSIGNS
ATTENTION:  LEGAL DEPARTMENT,

       Garnishee.

## APPLICATION FOR WRIT OF GARNISHMENT

     The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Thomas Rodella, social security number, XXX-XX-9894, whose last known address is: 16 Private Drive 1156, La Mesilla , New Mexico 87532, in the above cited action for a special assessment in the amount of $200.00, a fine in the amount of $200,000.00 and restitution in the amount of $10,335.88, plus interest accruing at the legal rate of .240%.  The current principle is in the amount of $149,000.00, plus interest.  Since the entry of Judgment, payments totaling $61,535.88 has been made leaving $149,083.14 outstanding,

including interest. Demand for payment of the above-stated debt was made upon the defendant not less than 30 days from May 28, 2015, and debtor has failed to satisfy the debt.

The Garnishee, Los Alamos National Bank, AND ITS SUCCESSORS OR ASSIGNS, is believed to owe or will owe money or property to defendant Thomas Rodella, or is in possession of property (bank accounts) of the defendant Thomas Rodella, and said property is a nonexempt interest of the defendant.

The name and address of the Garnishee or Garnishee's authorized agent is:

>Los Alamos National Bank
>AND ITS SUCCESSORS OR ASSIGNS
>1200 Trinity Drive
>Los Alamos, NM  87544

Respectfully submitted:

DAMON P. MARTINEZ
United States Attorney

/s/

Electronically filed May 28, 2015
STEPHEN R. KOTZ
Assistant United States Attorney
P. O. Box 607
Albuquerque, New Mexico 87103-0607
(505) 224-1464
(505) 346-6884 (facsimile)