IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                      CRIMINAL NO. 14-2783 JB

THOMAS RODELLA,

        Defendant.

and,

LOS ALAMOS NATIONAL BANK
AND ITS SUCCESSORS OR ASSIGNS
ATTENTION: LEGAL DEPARTMENT,

        Garnishee.

## WRIT OF GARNISHMENT

GREETINGS TO:   Los Alamos National Bank
                         AND ITS SUCCESSORS OR ASSIGNS
                         1200 Trinity Drive
                         Los Alamos NM 87544

An application for a Writ of Garnishment against the property of Thomas Rodella, defendant, social security number, XXX-XX-9894, has been filed with this Court. A judgment was entered against the above-named defendant in the above cited action for a special assessment in the amount of $200.00, a fine in the amount of $200,000.00, and restitution in the amount of $10,335.88, plus interest at the legal rate of .240%. The current principle is in the amount of $149,000.00. Payments totaling $61,535.88 have been made on this debt leaving $149,083.14 outstanding.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by defendant, and to <u>immediately commence</u> <u>*withholding one hundred percent (100%) of property of your customer, including any monies deposited into these accounts hereafter, (personal and business accounts) of judgment debtor.*</u>

You must file the original written answer to this Writ within ten (10) days of your receipt of this Writ with the United States District Clerk at United States District Court, District of New Mexico at 333 Lomas Boulevard NW, Suite 270, Albuquerque, New Mexico 87102-2272. Additionally, you are required by law to serve a copy of this written answer (Answer of Garnishee) upon the defendant's attorney, John Cline Esq., at 235 Montgomery St., Suite 1070, San Francisco, CA 94104, and upon the United States Attorney Office, attention: Financial Litigation Unit 7th Floor, at P.O. Box 607, Albuquerque, New Mexico 87103-0607.

Under the law, there is property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form which is attached to the Clerk' Notice of Post-Judgment Garnishment and Instructions to Debtor.

**If you fail to answer this writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a**

judgment against you for the value of the defendant's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this Writ.

You are required by law to withhold one hundred percent (100%) of the defendant's monies (bank accounts), including any monies deposited into these accounts hereafter (personal or business accounts), safe deposit box(s), checking and savings accounts, or any property until further order of this Court.

DATED: May 29, 2015

MATTHEW J. DYKMAN
Clerk, United States District Court

By: D Wheeler
Deputy Clerk