

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

15 JUN -8 PM 4:58

CLERK-ALBUQUERQUE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                      CRIMINAL NO. 14-2783 JB

THOMAS RODELLA,

       Defendant.

and,

LOS ALAMOS NATIONAL BANK
AND ITS SUCCESSORS OR ASSIGNS
ATTENTION: LEGAL DEPARTMENT,

       Garnishee.

## ANSWER OF GARNISHEE

STATE OF           )
                           ) ss.
COUNTY OF        )

_Heather Travis Boone_, BEING DULY SWORN DEPOSES AND SAYS:
    (Affiant) (Name of person of company completing this form)

**GARNISHEE IS LOS ALAMOS NATIONAL BANK:**

    That the Garnishee herein, doing business in the name of:

_Los Alamos National Bank, 1200 Trinity Drive_
_Los Alamos, NM 87544_
(State full name and address of business)
                                         _(505) 662-1026_
                                                  **CONTACT NUMBER:**
AND ITS SUCCESSORS OR ASSIGNS),

On the __29__ day of __May__ 2015, Garnishee was served by certified mail, return receipt requested, with the Writ of Garnishment. Garnishee accepts service of the Writ of Garnishment by certified mail.

For the period in effect on the date of service set out above:

Further, Affiant-Garnishee states as follows:

**Yes    No**  (Please indicate with a √)

√ ___  1. Defendant has bank accounts or other bank property in our bank.

___ √  2. Have there been previous garnishments in effect. (If the answer is yes, describe below.

_____

**Yes    No**  (Please indicate with a √)

√ ___  3. The Garnishee has custody, control or possession of the following property (non-earnings), in which the defendant maintains an interest, as described below:

| Description of Bank Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. Deposit Accounts | $125,096.60 | Sole / Joint account holder |
| 2. | | |
| 3. | | |
| 4. | | |

2

4. Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ _____ | _____ |
| 2. $ _____ | _____ |
| 3. $ _____ | _____ |

**(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)**

____   5.   The Garnishee makes the following claim of exemption on the part of defendant:

__✓__   6.   The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to defendant upon Plaintiff's claim:
$70,000 is pledged as collateral for loans.

____   7.   The Garnishee was then in no manner and upon no account indebted or under liability to defendant, and did not have in his/her possession or control any property belonging to Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to (1) the defendants attorney, John Cline Esq., at 235 Montgomery St., Suite 1070, San Francisco, CA 94104 and (2) the United States Attorney's Office, District of New Mexico, attention: Financial Litigation Unit 7th Floor at P.O. Box 607, Albuquerque, New Mexico 87103-0607.

_____
LOS ALAMOS NATIONAL BANK
AND ITS SUCCESSORS OR ASSIGNS
**Garnishee**

SUBSCRIBED AND SWORN TO before me this ___4___ day of ___June___ 2015.

_____
Notary Public

My Commission Expires:

___6/10/15___

(Seal)





**LANB**
Creating a better way.
P.O. Box 60
Los Alamos, NM 87544

8710282274 C023

Matthew J. Dykman
Clerk, United States District Court
District of New Mexico
333 Lomas Boulevard NW, Suite 270
Albuquerque, New Mexico 87103

RECEIVED
At Albuquerque NM
JUN 0 8 2015
MATTHEW J. DYKMAN
CLERK