IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

15 JUN 19 AM 10: 25

CLERK-ALBUQUERQUE

UNITED STATES OF AMERICA,

    Plaintiff,

V.                              CRIMINAL NO. 14-2783 JB

THOMAS RODELLA,

    Defendant.

and,

LOS ALAMOS NATIONAL BANK
AND ITS SUCCESSORS OR ASSIGNS
ATTENTION: LEGAL DEPARTMENT,

Garnishee.

## AMENDED ANSWER OF GARNISHEE

STATE OF         )

                     ) ss.

COUNTY OF     )

Heather Travis Boone, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant) (Name of person of company completing this form)

**GARNISHEE IS LOS ALAMOS NATIONAL BANK:**

That the Garnishee herein, doing business in the name of:

Los Alamos National Bank
(State full name and address of business)

1200 Trinity Drive, Los Alamos, NM 87544 **CONTACT NUMBER:** (505) 662-1026
AND ITS SUCCESSORS OR ASSIGNS),

On the 29th day of May, 2015, Garnishee was served by certified mail, return receipt requested, with the Writ of Garnishment. Garnishee accepts service of the Writ of Garnishment by certified mail. For the period in effect on the date of service set out above:

Further, Affiant-Garnishee states as follows:

**Yes**     **No** (Please indicate with a √)

√ ___  1. Defendant has bank accounts or other bank property in our bank.

___ √  2. Have there been previous garnishments in effect. (if the answer is yes, describe below).

_____

**Yes**     **No** (please indicate with a √)

√ ___  3. As of June 16, 2015 the Garnishee has custody, control or possession of the following property (non-earnings), in which the defendant maintains an interest, as described below:

| Description of Bank Property | Approximate Value | Description of Debtor's Interest In Property |
|---|---|---|
| 1. Checking | 303.19 | Joint |
| 2. Savings | 196.64 | Joint |
| 3. CD | 70,032.09 | Joint (collateral) |
| 4. CD | 15,082.31 | Joint |
| 5. Checking | 651.87 | Sole Owner |
| 6. Savings | 3,054.66 | Sole Owner |
| 7. Savings | 159.66 | Joint |
| 8. CD | 35,639.97 | Sole |

**Total:** $125,120.39

4. Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

|  Amount | Estimate date or Period Due |
|---|---|
| 1. $ _____ | _____ |
| 2. $ _____ | _____ |
| 3. $ _____ | _____ |

**(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)**

___   5. The Garnishee makes the following claim of exemption on the part of defendant:

✓___   6. The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to defendant upon Plaintiff's claim: $70,000.00 is pledged as collateral for loans.

___   7. The Garnishee was then in no manner and upon no account indebted or under liability to defendant, and did not have in his/her possession or control any property belonging to Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to (1) the defendants' attorney, John Cline Esq., at 235 Montgomery St., Suite 1070, San Francisco, CA 94104 and (2) the United States Attorney's Office, District of New Mexico, attention: Financial Litigation Unit 7th Floor at P.O. Box 607, Albuquerque, New Mexico 87103-0607.

*/s/ Hooker Boone*
LOS ALAMOS NATIONAL BANK
AND ITS SUCCESSORS OR ASSIGNS
**Garnishee**

√SUBSCRIBED AND SWORN TO before me this \_\_\_16th\_\_\_ day of \_\_\_June\_\_\_ 2015.

_Bianca Archuleta_
Notary Public

My Commission Expires:

_____8.8.16_____
(Seal)

OFFICIAL SEAL
Bianca Archuleta
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 8-8-16

**LANB**
Creating a better way.
P.O. Box 60
Los Alamos, NM 87544



8710232274 C023

Matthew J. Dykman
Clerk, United States District Court
District of New Mexico
333 Lomas Boulevard NW, Suite 270
Albuquerque, New Mexico 87103

RECEIVED
JUN 18 2015
MATTHEW J. DYKMAN
CLERK

FIRST CLASS MAIL
$000.48
ZIP 87544
011D12603649