IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

   vs.                                                   No. CR 14-2783 JB

THOMAS R. RODELLA,

      Defendant.

   and,

LOS ALAMOS NATIONAL BANK
AND ITS SUCCESSORS OR ASSIGNS,

      Garnishee.

## STIPULATED ORDER OF PARTIAL GARNISHMENT AND STAY

This matter is before the Court on the Joint Motion for Partial Garnishment and Stay. [Doc. 229]. The Court finds as follows:

A Writ of Garnishment has been duly issued and served upon the Garnishee Los Alamos National Bank (LANB). [Docs. 219, 220]. Pursuant to the Writ of Garnishment, LANB filed an Amended Answer to the Writ on June 19, 2015 [Doc 225], identifying eight bank accounts in its custody or under its control owned by the Defendant jointly or solely. These accounts are as follows: two checking accounts in the amounts of $303.19 and $651.87, three savings accounts in the amounts of $196.64, $3,054.66, and $159.66, and three Certificates of Deposit in the amounts of $70,032.09, $15,082.31, and $35,639.97, totaling $125,120.39, for the period ending June 16, 2015. [Doc. 223, p.3]. LANB claimed an exemption for the CD valued at $70,033.09

on the ground that it "is pledged as collateral for loans." [*Id.*].

On July 8, 2015, the United States filed an objection to the claim of exemption contained in the Amended Answer and requested a hearing pursuant to 28 U.S.C. § 3205(c)(5). [Doc 226]. Defendant Rodella filed a Response to Government's Objection on July 24, 2015 [Doc 227]. In the response, Defendant requested a stay of the garnishment proceeding as to the $70,032.09 CD pending appeal of his convictions to the Tenth Circuit Court of Appeals because that CD secures letters of credit for Debbie Rodella's bail bonding business. [*Id.* at 2].

The parties have agreed to entry of an order directing garnishment of all accounts other than the CD containing $70,032.09. The parties have further agreed that stay of the garnishment action as to the CD containing $70,032.09 is appropriate pending the decision of Rodella's appeal in the Tenth Circuit.

IT IS THEREFORE ADJUDGED AND ORDERED that Garnishee LANB pay the sum of $55,088.30, plus accrued interest, to Plaintiff.

Please make check payable to: Clerk, U.S. District Court, District of New Mexico, Court No: 14-CR-2783 JOB/Thomas Rodella, and mail to: 333 Lomas Boulevard NW, Suite 270, Albuquerque, New Mexico 87102.

IT IS FURTHER ORDERED that this garnishment proceeding is stayed as to the CD containing $70,032.09 pending the Tenth Circuit's decision of Defendant Rodella's appeal.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

DAMON P. MARTINEZ

United States Attorney
District of New Mexico

*Electronically Submitted on 08/20/15*
STEPHEN R. KOTZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87102
(505) 346-7274


Approved and Agreed:

*Approved via telephone on 08/19/15*
JOHN D.CLINE, ESQ.
Law Office of John D. Cline
Attorneys for Defendant Thomas Rodella
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
(415) 322-8319