# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

December 22, 2015

Chris Wolpert
Chief Deputy Clerk

Matthew (NMalb) Dykman
District of New Mexico- Albuquerque
Pete V. Domenici U.S. Courthouse
333 Lomas N.W., Suite 270
Albuquerque, NM 87102

**RE:**   **15-2023, United States v. Rodella**
Dist/Ag docket: 1:14-CR-02783-JB-1

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     John D. Cline
        Robert J. Gorence
        Tara C. Neda
        Louren Oliveros
        Jeremy Pena

EAS/kf