**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**November 4, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

THOMAS R. RODELLA,

   Defendant - Appellant.

No. 15-2023
(D.C. No. 1:14-CR-02783-JB-1)
(D. N.M.)

---

## JUDGMENT

---

Before **BRISCOE**, **EBEL**, and **BACHARACH**, Circuit Judges.

---

   This case originated in the District of New Mexico and was argued by counsel.

   The judgment of that court is affirmed.

   If defendant, Thomas R. Rodella, was released pending appeal, the court orders that, within 30 days of this court's mandate being filed in District Court, the defendant shall surrender to the United States Marshal for the District of New Mexico. The District Court may, however, in its discretion, permit the defendant to surrender directly to a designated Bureau of Prisons institution for service of sentence.

                Entered for the Court

                *Elisabeth A. Shumaker*

                ELISABETH A. SHUMAKER, Clerk