IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                              CRIMINAL NO. 14-2783 JOB

THOMAS R. RODELLA,

    Defendant.

    and,

LOS ALAMOS NATIONAL BANK
AND ITS SUCCESSORS OR ASSIGNS

    Garnishee.

## JOINT MOTION TO LIFT STAY OF GARNISHMENT PROCEEDINGS

On August 21, 2015, the Court entered a Stipulated Order of Partial Garnishment and Stay. Doc. 230. In that order, the court directed immediate garnishment of seven accounts held by Garnishee Los Alamos National Bank (LANB), but stayed the proceedings with regard to a certificate of deposit containing approximately $70,032.09 pending the decision of Defendant Thomas Rodella's appeal in the Tenth Circuit Court of Appeals. Doc. 230 at p. 2. Proceedings in the Tenth Circuit have concluded, and the Tenth Circuit mandate has issued. Doc. 232. Therefore, it is appropriate to lift the stay of the garnishment proceeding.

WHEREFORE, the parties respectfully request that this Court enter an order lifting the stay of these proceedings.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney
District of New Mexico

/s/ Stephen R. Kotz
STEPHEN R. KOTZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87102
Phone: (505) 346-7274
Fax: (505) 346-7296
Email: steve.kotz@usdoj.gov

/s/ John D. Cline
JOHN D. CLINE, ESQ.
Law Office of John D. Cline
Attorneys for Defendant Thomas Rodella
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Phone: (415) 322-8319
Fax: (415) 524-8265
Email: cline@johndclinelaw.com