## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

      vs.                                        No. CR 14-2783 JB

THOMAS R. RODELLA,

      Defendant.

  and,

LOS ALAMOS NATIONAL BANK
AND ITS SUCCESSORS OR ASSIGNS

      Garnishee.

## **ORDER LIFTING STAY OF GARNISHMENT PROCEEDINGS**

This matter is before the Court on the joint motion of the parties to lift the stay of garnishment proceedings. The Court has read the motion and is fully advised in the premises.

IT IS THEREFORE ORDERED that the stay of garnishment proceedings, Doc. 230, entered on August 21, 2015, is hereby lifted. The garnishment action may proceed accordingly.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

DAMON P. MARTINEZ
United States Attorney
District of New Mexico

Electronically Submitted on February 1, 2016
STEPHEN R. KOTZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87102
Phone: (505) 346-7274
Fax:     (505) 246-7296
Email:   steve.kotz@usdoj.gov

Approved and Agreed:

Approved via email on January 29, 2016
JOHN D. CLINE, ESQ.
Law Office of John D. Cline
Attorneys for Defendant Thomas Rodella
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Phone: (415) 322-8319
Fax:     (415) 524-8265
Email:   cline@johndclinelaw.com